# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| ABID STEVENS | NO. 19-350-02 |

## O R D E R

**AND NOW**, this 16th day of April, 2020, upon consideration of Defendant's Motion for Release from Custody Pending Imposition of Sentence (Document No. 130, filed April 9, 2020), Government's Response in Opposition to Motion for Release (Document No. 132, filed April 13, 2020), and the record in this case,[1] for the reasons stated in the accompanying Memorandum dated April 16, 2020, **IT IS ORDERED** that Defendant's Motion for Release from Custody Pending Imposition of Sentence is **DENIED WITHOUT PREJUDICE** to Stevens' right file a second motion for release prior to sentencing if warranted by additional evidence and the law as stated in the accompanying Memorandum dated April 16, 2020.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] The Deputy Clerk shall docket copies of the report from Alisha Gallagher, Attorney for the Bureau of Prisons, dated April 13, 2020 and Abid Stevens' medical records from the Bureau of Prisons. Stevens' medical records shall be docketed under seal.