Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
3    UNITED STATES OF AMERICA   )   2:19-cr-00350-JD-1
            Plaintiff,          )   2:19-cr-00350-JD-2
4       vs.                     )   2:19-cr-00350-JD-3
                                )   Philadelphia, PA
5    DONNIE SMITH, ABID         )
     STEVENS AND MAURICE QUINN )   February 4, 2020
6           Defendant.          )   2:03 p.m. - 3:52 p.m.
7             JURY TRIAL (VERDICT) - DAY SEVEN
             BEFORE THE HONORABLE JAN E. DUBOIS,
8                UNITED STATES DISTRICT JUDGE
9     APPEARANCES:
10   For the Government:        ROBERT E. ECKERT, ESQ.
11                              U.S. ATTORNEY'S OFFICE
                                615 Chestnut Street
12                              Suite 1250
                                Philadelphia, PA  19106
13
     For Defendant Smith:       ROBERT C. PATTERSON, ESQ.
14                              R.C. PATTERSON LAW OFFICES
                                3513 Southwood Drive
15                              Easton, PA  18045
16   For Defendant Stevens:     BARNABY C. WITTELS, ESQ.
                                LACHEEN DIXON WITTELS &
17                              GREENBERG LLP
                                1429 Walnut Street
18                              Suite 1301
                                Philadelphia, PA  19102
19
20
21
22
23        Veritext National Court Reporting Company
                    Mid-Atlantic Region
24          1801 Market Street – Suite 1800
                  Philadelphia, PA 19103
25                   1-888-777-6690
```

Page 2

```
 1   For Defendant Quinn:        MARANNA J. MEEHAN, ESQ.
                                 DEFENDER ASSOCIATION OF
 2                               PHILADELPHIA
                                 Suite 540 W.
 3                               The Curtis Center
                                 601 Walnut Street
 4                               Philadelphia, PA  19106
 5
 6   ESR Operator:              MICHAEL COSGROVE
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Veritext National Court Reporting Company
                       Mid-Atlantic Region
24           1801 Market Street – Suite 1800
                    Philadelphia, PA 19103
25                    1-888-777-6690
```

1    I N D E X

2    DESCRIPTION

     PAGE

3

     RECORD OF PROCEEDINGS

4               C O U R T   O R D E R S

5

6    Waiver of determination of forfeiture by jury filed   6
            of record

7    Probation officer ordered to conduct pre-sentence    18
            investigation and report re Defendants Stevens

8           and Quinn

     Probation officer ordered to conduct pre-sentence    53

9           investigation and report re Defendant Smith

10   V E R D I C T

     (FIRST PART OF TRIAL)

11

     DEFENDANT          COUNT              VERDICT

12   PAGE

13   Donnie Smith      I                  Guilty        7

14   Donnie Smith      II                 Guilty        7

15   Donnie Smith      Jury interrogatory  Yes          7

16   Abid Stevens      I                  Guilty        7

17   Abid Stevens      II                 Guilty        8

18   Abid Stevens      Jury interrogatory  Yes          8

19   Maurice Quinn     I                  Guilty        8

20   Maurice Quinn     II                 Guilty        8

21   Maurice Quinn     Jury interrogatory  No           9

22   HARKENING OF VERDICT                              10

23   ADVISEMENT TO DEFENDANTS STEVENS/QUINN AS TO      18

24   RIGHT OF ALLOCUTION

25   P R E L I M I N A R Y C H A R G E   T O   J U R Y

1   (BIFURCATED PART OF THE JURY)

2   BY THE COURT                    29

3

    O P E N I N G   S T A T E M E N T S

4   BY THE GOVERNMENT               29

5   BY THE DEFENDANT (Smith)

6   INDEX (cont'd)

7   C L O S I N G   A R G U M E N T S

8   BY THE GOVERNMENT               35

9   F I N A L   C H A R G E   T O   T H E   J U R Y

    (BIFURCATED PART OF THE TRIAL)

10  BY THE COURT                    37

11

12  V E R D I C T

    (BIFURCATED PART OF TRIAL)

13  DEFENDANT       COUNT        VERDICT      PAGE

14

15  Donnie Smith   III          Guilty    47

16  HARKENING OF VERDICT (BIFURCATED TRIAL)        48

17

18  ADVISEMENT TO DEFENDANT SMITH AS TO RIGHT OF   54

        ALLOCUTION

19

    E X H I B I T S

20

    NO.          DESCRIPTION                    ID.

21  EVID.

22  60        Certified copy of Defendant       34

23           Smith's conviction

24

25

1                    P R O C E E D I N G S

2              THE COURT:  You may be seated, everyone.

3              We were advised a very short time ago, could

4     be 30 minutes ago, that the jury had reached a

5     unanimous verdict.  Is there anything we need to do

6     before we call the jury into the courtroom?

7              MR. ECKERT:  Not from the government, Your

8     Honor.

9              THE COURT:  I think not.

10             MR. PATTERSON:  No, Your Honor.

11             MR. WITTELS:  No, Your Honor.

12             THE COURT:  Ms. Meehan?

13             MS. MEEHAN:  No, Your Honor.

14             THE COURT:  Ms. Hull?

15             THE CLERK:  I just need one moment, Your

16     Honor.

17             (Pause)

18             THE CLERK:  All rise.

19             (Jury in)

20             THE COURT:  Be seated, everyone.

21             The jury advised me a very short time ago

22     that they had reached a unanimous verdict.  Before we

23     receive the verdict, I want to file the waiver of

24     determination of forfeiture by jury that was executed

25     by each defendant, Donnie Smith and his attorney, Abid

1    Stevens and his attorney and Maurice Quinn and his

2    attorney.  Those waivers will be filed of record.

3           And now, ladies and gentlemen, I understand

4    you've reached a unanimous verdict with respect to the

5    three defendants.  Is that correct?

6           THE FOREPERSON:  That's correct, Your Honor.

7           THE COURT:  Is Ms. -- yes.  Ms. Hull is in

8    the courtroom.  Will you receive the verdict sheet,

9    please?  Bring the verdict sheet.  Thank you.

10          (Pause)

11          THE COURT:  I have read the verdict sheets

12   and they were completed in accordance with my

13   instructions.  I return them, Ms. Hull.  Ms. Hull, let

14   the verdicts be published.

15          THE CLERK:  Will the members of the jury

16   please rise?  And will the foreperson please answer?

17          The jury unanimously agrees to the following

18   verdict for Count I and II of the indictment as to

19   Defendant Donnie Smith.

20          On Count I of the indictment charging robbery

21   which interferes with interstate commerce and aiding

22   and abetting on or about March 22nd, 2019, we, the jury

23   unanimously find the defendant Donnie Smith guilty or

24   not guilty?

25          THE FOREPERSON:  Guilty.

Page 7

1            THE CLERK:  On Count II of the indictment

2       charging using, carrying a firearm during and in

3       relation to a crime of violence, and aiding and

4       abetting on or about March 22nd, 2019, you, the jury,

5       unanimously find the defendant Donnie Smith guilty or

6       not guilty?

7            THE FOREPERSON:  Guilty.

8            THE CLERK:  As to the jury interrogatory, do

9       you unanimously find that the government proved beyond

10      a reasonable doubt that Donnie Smith brandished a

11      firearm when committing this offense?  Yes or no?

12           THE FOREPERSON:  Yes.

13           THE CLERK:  The jury unanimously agrees to

14      the following verdict for Counts I and II of the

15      indictment as to Defendant Abid Stevens.  On Count I of

16      the indictment charging robbery which interferes with

17      interstate commerce and aiding and abetting on or about

18      March 22nd, 2019, you, the jury, unanimously find the

19      defendant Abid Stevens guilty or not guilty?

20           THE FOREPERSON:  Guilty.

21           THE CLERK:  On Count II of the indictment

22      charging using and carrying a firearm during and

23      relation to a crime of violence and aiding and abetting

24      on or about March 22nd, 2019, you, the jury,

25      unanimously find the defendant Abid Stevens guilty or

Page 8

1    not guilty?

2            THE FOREPERSON:  Guilty.

3            THE CLERK:  As to the jury interrogatory, do

4    you unanimously find that the government proved beyond

5    a reasonable doubt that Abid Stevens brandished a

6    firearm when committing this offense?  Yes or no?

7            THE FOREPERSON:  Yes.

8            THE CLERK:  The jury unanimously agrees to

9    the following verdict for Counts I and II of the

10   indictment as to Defendant Maurice Quinn.  On Count I

11   of the indictment charging robbery which interferes

12   with interstate commerce and aiding and abetting on or

13   about March 22nd, 2019, you, the jury, unanimously find

14   the defendant Maurice Quinn guilty or not guilty?

15           THE FOREPERSON:  Guilty.

16           THE CLERK:  On Count II of the indictment

17   charging using and carrying a firearm during and in

18   relation to a crime of violence and aiding and abetting

19   on or about March 22nd, 2019, you, the jury,

20   unanimously find the defendant Maurice Quinn guilty or

21   not guilty?

22           THE FOREPERSON:  Guilty.

23           THE CLERK:  As to jury interrogatory, do you

24   unanimously find that the government proved beyond a

25   reasonable doubt that Maurice Quinn brandished a

Page 9

```
 1    firearm when committing this offense?  Yes or no?

 2              THE FOREPERSON:  No.

 3              THE CLERK:  Thank you.  You may be seated.

 4              THE COURT:  The jury foreperson initialed

 5    each of the --

 6              THE FOREPERSON:  Yes.

 7              THE COURT:  -- verdict sheets.  I'd like you

 8    to add your last name after that initial.

 9              THE FOREPERSON:  Sure.

10              THE COURT:  So, Ms. Hull, will you return the

11    originals of the three verdict sheets to the foreperson

12    so that he can completely sign his name.  He's

13    initialed his name.

14              THE CLERK:  This (indiscernible) person

15    didn't have (indiscernible) a legal copy

16    (indiscernible) --

17              THE FOREPERSON:  I have it.

18              THE COURT:  You don't have to return them

19    then.  Do you have a pen?

20              And the jury may be seated.  And will you do

21    that now, sir?

22              THE FOREPERSON:  Sure.

23              THE COURT:  Do you have a pen?

24              THE FOREPERSON:  I -- thank you.

25              (Pause)
```

1                THE COURT:  Thank you.  Are there any

2       requests from counsel?

3                MR. PATTERSON:  No, Your Honor.  Thank you.

4                MR. WITTELS:  No, sir.

5                MS. MEEHAN:  No, Your Honor.

6                MR. ECKERT:  Not the government, Your Honor.

7                THE COURT:  Thank you.

8                Ms. Hull, let the verdict be recorded.

9                THE CLERK:  Members of the jury, please rise.

10               Harken unto your verdict as the Court has

11      recorded it and the issue joined in the indictment

12      number 19-350-01, 02 and 03 between the United States

13      of America and Donnie Smith, Abid Stevens and Maurice

14      Quinn.

15               You find Defendant Donnie Smith guilty as to

16      Count I.  You find Defendant Donnie Smith guilty as to

17      Count II.  And you answered jury interrogatory as it

18      relates to Count II, yes.

19               You found Defendant Abid Stevens guilty as to

20      Count I.  You found Defendant Abid Stevens guilty as to

21      Count II.  And you answered jury interrogatory as it

22      relates to Count II, yes.

23               And you found Defendant Maurice Quinn guilty

24      as to Count I.  You found Defendant Maurice Quinn

25      guilty as to Count II.  And you answered yes (sic) to

Page 11

1    jury interrogatory as it relates to Count II.  And so

2    say you all.  Please affirm.

3            THE FOREPERSON:  The last sentence --

4            MR. PATTERSON:  Said no.

5            THE CLERK:  Oh, I -- I simply apologize -- I

6    apologize.  You said no.  Thank you.  You said no to

7    jury interrogatory Count II which would have found that

8    Defendant -- that government proved beyond a reasonable

9    doubt that Maurice Quinn brandished a firearm when

10   committing this offense.  And you said no.

11           THE FOREPERSON:  No.  Correct.

12           THE CLERK:  Thank you.

13           THE COURT:  Thank you.  You may be seated,

14   ladies and gentlemen.

15           Counsel, let's go to sidebar.

16           (Begin sidebar conference)

17           THE COURT:  I think what we should do is

18   dismiss Mr. Wittels and Mr. Stevens and Ms. Meehan.

19   Mr. Quinn had a proceeding with respect to the third

20   count.

21           MR. PATTERSON:  Yes.  And, Your Honor, I

22   would just -- since we're up here at sidebar, I

23   (indiscernible) make a request for justification

24   (indiscernible) and we're okay with the instructions as

25   presented.

1           THE COURT:  All right.  How do you wish to
2    proceed on that?  Do you think we should take a little
3    -- maybe a short --
4           MR. ECKERT:  Yes.
5           THE COURT:  -- recess.
6           MR. ECKERT:  Maybe five or ten minutes if
7    that was the Court (indiscernible).
8           THE COURT:  I'll explain to the jury that
9    there is a short proceeding.  We'll file it with
10   respect to Donnie Smith (indiscernible) discharge.
11          MS. MEEHAN:  Thank you, Your Honor.
12          THE COURT:  The jury (indiscernible).  We'll
13   resume in about 10 minutes.
14          MS. MEEHAN:  Okay.
15          THE COURT:  My thought is (indiscernible) to
16   explain to the jury what's happening and read the
17   statement of the case.  And then you can proceed with
18   pretrial things.  I have the original of the
19   stipulation that you signed.  I have a document
20   (indiscernible), not at all.
21          MR. PATTERSON:  I believe with the
22   stipulation that he's already a convicted felon.
23   (Indiscernible) what the government wants to do.  I
24   mean, I could (indiscernible) statement of the case,
25   read the instructions and wait some (indiscernible)

Page 13

1    unless you want to make an opening --

2              THE COURT:  Well, that --

3              MR. ECKERT:  Well, we just have to

4    (indiscernible) into the record.

5              THE COURT:  Well, you've got to make certain

6    to address --

7              MR. ECKERT:  Right.

8              THE COURT:  How would you decide to address

9    the three elements?

10             MR. ECKERT:  You know, 30 seconds long.

11             THE COURT:  I think this proceeding should

12   take how long?  I want to tell the jury.

13             MR. PATTERSON:  Fifteen minutes.  No longer

14   than --

15             MR. ECKERT:  Fifteen to be safe.

16             THE COURT:  The first element is the

17   conviction.  And the third element is knowing of the

18   conviction.

19             MR. ECKERT:  Right.  That's right.

20             THE COURT:  And the second element -- you

21   might need the first element of possession.  That is

22   not of record.

23             MR. ECKERT:  Right.  I would just address

24   that in the opening on our case.

25             THE COURT:  And how are you going to proceed

1    with that?

2              MR. PATTERSON:  He stipulated to the first

3    element.  And based upon --

4              THE COURT:  And (indiscernible) --

5              MR. PATTERSON:  Correct.  It was not my

6    intention to basically address the jury on this issue.

7    My whole argument was that they didn't prove that the

8    gun he possessed was not a firearm but this is the

9    store gun.  And my whole closing was that it was an

10   operational firearm.  So I was not going to address the

11   jury at all.

12             And I would ask Your Honor if my client

13   wishes to waive his appearance at these proceedings, is

14   that possible?

15             THE COURT:  No.

16             MR. PATTERSON:  Okay.

17             THE COURT:  Not at a trial, no.  I'm not

18   going to deter to research that issue.  And I'm sure

19   you (indiscernible).

20             MR. PATTERSON:  I will withdraw it.

21             THE COURT:  We're not doing that.

22             THE CLERK:  The Court --

23             THE COURT:  What?

24             THE CLERK:  I was going to say that once you

25   dismiss the jury, do you still want to review --

Page 15

1                THE COURT:  I'm not going to dismiss them.
2      I'm going to excuse them to  return to the --
3                THE CLERK:  That's what I meant.  And then do
4      you want to review the sentencing procedure with the
5      three defendants during that time?
6                THE COURT:  Do I want to --
7                THE CLERK:  Review the sentencing procedures
8      that pre-sentence report will be ordered before
9      dismissing defendants?
10               THE COURT:  I've got to do that, yes.
11               All right.  So that --
12
13               THE CLERK:  That's it.
14               THE COURT:  Then they stay, correct.  Yes.
15     And that (indiscernible).
16               THE CLERK:  Yeah.  And I know when it
17     (indiscernible).  About when --
18               THE COURT:  I'll give the jury --
19               THE CLERK:  -- (indiscernible) so I can
20     (indiscernible) quickly?
21               THE COURT:  I'll give them a 30-minute break.
22               THE CLERK:  Okay.
23               THE COURT:  Fifteen minutes to address the
24     sentencing issues.  Have you scheduled sentencing?
25               THE CLERK:  I can do it in less than a

Page 16

1   minute.

2           THE COURT:  All right.

3           THE CLERK:  (Indiscernible).

4           THE COURT:  Okay.  Great.  And then 15

5   minutes resume.

6           MR. ECKERT:  Sure.  Thank you, Judge.

7           MR. PATTERSON:  Thank you, Your Honor.

8           (End sidebar conference)

9           THE COURT:  Your verdict, ladies and

10  gentlemen -- well, I'll wait till counsel is seated.

11          (Pause)

12          THE COURT:  Your verdict ends the case as to

13  two of the three defendants, Defendant Stevens and

14  Defendant Quinn.  But there is one very, very short

15  matter that has to be addressed with respect to

16  Defendant Smith.

17          What we're going to do now, I'm going to

18  schedule the sentencing for Defendants Stevens and

19  Quinn.  And it shouldn't take very long; I'm going to

20  excuse you.  And then we'll set the schedule -- and by

21  schedule, I mean we're going to do the procedure, the

22  final proceeding, rather, involving Defendant Quinn

23  (sic) in about, I would say, 15 or 20 minutes.  That's

24  how long it will take.  So we're talking about a

25  recess, I would say, of about 30 minutes.  And then we

Page 17

1    will have a brief statement from me, very brief

2    statements from counsel, and maybe not from both of

3    them, and presentations of documents and a very brief

4    charge covering this one very short -- I keep

5    overworking the word "brief" -- short brief proceeding

6    involving Defendant Smith.

7            So with that, I'm going to excuse you.  It's

8    25 minutes after 2.  I'm going to excuse you -- we'll

9    take a break for about 35 minutes till 3 o'clock.  We

10   should be ready to proceed on this other matter very,

11   very soon.  I would say 3 o'clock.

12           Michael?

13           THE REPORTER:  All rise.

14           (Jury out)

15           THE COURT:  All right.  Be seated, everyone.

16           First, I'm going to schedule sentencing for

17   Defendants Stevens and Quinn.  And I'll explain to them

18   what will follow.

19           Sentencing for Defendant Stevens, Wednesday,

20   May 20th, 2020 at 12:45 p.m.  And for Defendant Quinn,

21   Thursday, May 21st, 2020 at 12:45 p.m.

22           What I will do now is direct the United

23   States probation office to conduct a pre-sentence

24   investigation.  Among other things, the probation

25   officer will interview you.  And I direct counsel, Mr.

1   Wittels and Ms. Meehan, to be present during that

2   interview.  When the probation officer completes the

3   investigation, a pre-sentence report will be prepared.

4   It will cover a summary of the investigation and the

5   recommendations of the probation officer regarding the

6   applicable sentencing guidelines.  The guidelines are

7   considered by the Court among many other factors in

8   deciding on an appropriate sentence.

9        At sentencing, each of you, Mr. Quinn, Mr.

10  Stevens, will have an opportunity to speak to me about

11  anything you deem appropriate.  It's referred to as

12  your right of allocution.  You may also present

13  evidence, testimony or witness submissions, letters or

14  affidavits, from people who hopefully would say good

15  things about you.  And your attorneys will be able to

16  argue as to an appropriate sentence.  The government

17  has those same rights.

18        When I hear everything presented on the day

19  of sentencing and read all of the written submissions,

20  then, and only then, will I be able to impose the

21  sentence that I believe to be fair under all of the

22  circumstances.

23        Are there any questions or comments from

24  defense counsel?  Mr. Wittels?

25             MR. WITTELS:  No, Judge.

1          THE COURT:  Ms. Meehan?

2          MS. MEEHAN:  No, Your Honor.

3          THE COURT:  Mr. Eckert?

4          MR. ECKERT:  Not from the government, Your

5    Honor.  Thank you.

6          THE COURT:  All right.  I don't think

7    anything else needs to be done with respect to

8    Defendants Stevens and Quinn.  So I'm going to excuse

9    them.  We'll take a brief recess and then resume -- I

10   think we should resume with counsel, government

11   counsel, and you, Mr. Patterson, and you as well, Mr.

12   Smith, in about 10 minutes.  We'll take a 10-minute

13   recess and then cover the details of this further

14   proceeding, how we're going to proceed.  And get it --

15   start it as quickly as possible.

16          With that, we're in recess for 10 minutes.

17          THE CLERK:  All rise.

18          (Recess from 2:29 p.m. until 2:39 p.m.)

19          THE COURT:  Let's discuss the procedure we'll

20   follow with respect to Count III.  Government first.

21          MR. ECKERT:  Your Honor --

22          THE COURT:  I'm sorry.  Be seated, everyone.

23   I don't look up so I don't see that you're still

24   standing.

25          Yes?

```
 1              (Pause)
 2              THE COURT:  Is Ms. Hull in the courtroom?
 3              I'm just looking for the original of the --
 4              MR. ECKERT:  The judge was -- okay.  Yeah, I
 5     have it.
 6              (Pause)
 7              THE COURT:  Yes, I have it.
 8              (Whispered conversation)
 9              THE COURT:  Are you planning the way you'll
10     proceed, Mr. Eckert?  I asked a question.
11              MR. ECKERT:  Oh, I'm sorry.  I did not
12     understand -- I did not hear the Court.
13              THE COURT:  First of all, I'm looking at the
14     stipulation of the prior conviction.  And it seems to
15     answer and supply the evidence for the first element of
16     the 922(g)(1) count and the third element.  It states
17     that Defendant Donnie Smith has been convicted of a
18     felony that is a crime punishable by imprisonment for a
19     term exceeding one year.  That's the first element.
20     And the stipulation also states -- and I'm quoting:
21     "and he had knowledge of this conviction".  End of
22     quote.  And that satisfies the third element and that
23     is, at the time the defendant possessed the firearm, he
24     knew he had been convicted of a crime punishable by
25     imprisonment for a term exceeding one year.  That
```

 1    leaves the second element to be proven.

 2            Second -- I'm reading the second element --

 3    that after this conviction, Donnie Smith knowingly

 4    possessed the firearm described in Count III of the

 5    indictment.

 6            MR. ECKERT:  Your Honor, we -- I'm sorry.

 7            THE COURT:  Go ahead.

 8            MR. ECKERT:  We would just, during our

 9    opening and closing, ask the jury to recall the video

10    as well as the testimony from the police officers about

11    where the gun was located and we would rest on that.

12    We don't seek to present any additional evidence or

13    anything like that.  We would just give a very, very

14    brief opening and closing, perhaps under a minute.

15            THE COURT:  And they can rely certainly on

16    the evidence presented at the first part of the trial.

17            I note from the stipulation that the

18    conviction is to be evidenced by an exhibit, certified

19    copies of the conviction.  Do you have that exhibit?

20            MR. ECKERT:  I have a copy of the docket,

21    Your Honor.  I did not plan on that going back with the

22    jury.  It was just so that it would be in the record, I

23    would provide a copy to the Court.  And, of course,

24    that's been turned over to --

25            THE COURT:  No, no.  The stipulation --

Page 22

1               MR. ECKERT:  Yes, sir.

2               THE COURT:  -- that agrees --

3               MR. ECKERT:  Right.

4               THE COURT:  -- to establish his Counts I and

5     III says -- well, I'll just read the pertinent part:

6     "stipulation that he, Donnie Smith, has been convicted

7     of a felony within the meaning of Title 18 United

8     States Code, Section 922(g)(1)", and he had knowledge

9     of this conviction, Government Exhibit -- and there's a

10    blank for the exhibit number.  "The certified copies of

11    the conviction are admitted into evidence in support of

12    this stipulated fact."

13              MR. ECKERT:  Right, Your Honor.  I would

14    respectfully request that that not go back to the jury

15    because there's things in there that would be

16    prejudicial such as the sentence he received -- oh, 60.

17    I'm sorry.  I'm sorry.  My co-counsel told me what --

18    we would mark it as 60.

19              THE COURT:  All right.

20              MR. ECKERT:  Thank you.

21              THE COURT:  And do you have that stipulation

22    -- that -- I'm sorry -- that -- there's a

23    (indiscernible) connect.

24              MR. ECKERT:  Yes.

25              THE COURT:  I'm not telling you how to try

Page 23

1    the case.  There's a blank in the stipulation.  You've
2    got to show me that exhibit.
3            MR. ECKERT:  Right.  It's -- may I approach,
4    Your Honor?
5            THE COURT:  You may.
6            MR. PATTERSON:  And I did receive them in
7    discovery, Your Honor.
8            (Pause)
9            THE COURT:  This is not a certified copy.
10           MR. ECKERT:  We'll get that provided, Your
11   Honor.  I have it.  I just didn't -- I don't have it
12   with me.  So I'll try to -- we provided copies of the
13   certified conviction in discovery.
14           THE COURT:  The only piece of evidence you
15   have to admit is the stipulation and a certified copy
16   of the conviction.
17           MR. ECKERT:  Right, Your Honor.
18           THE COURT:  And apparently, you don't have
19   the certified copy of the conviction.
20           MR. ECKERT:  I neglected to bring it with me.
21   I will go get it or I can go down to the second floor
22   and ask -- and get a copy down there.  But I didn't --
23   I apologize for the mishap.
24           THE COURT:  Well, how do you want to handle
25   it?  The jury is waiting.  I told them we would resume

Page 24

```
 1    around 3 and we still got 15 minutes.

 2              MR. ECKERT:  I could certainly go back, Your

 3    Honor.  I did not plan -- I understand the stipulation

 4    is drafted that way.  I've never done it in that manner

 5    where -- because it doesn't go back.  I -- I'm not sure

 6    why we entered into the record.  But I can track down a

 7    certified copy in 15 minutes.

 8              Or the other option we could be -- we don't

 9    -- to just delete the last sentence as to now delay

10    anyone.  I don't think that it needs to be entered into

11    evidence.  We would certainly -- since all parties are

12    agreeing that it's in existence, I don't believe that

13    we need to mention that in the stipulation.

14              THE COURT:  Well, you're trying the case not

15    me.  I'm the judge.

16              MR. ECKERT:  Yes, Your Honor.

17              THE COURT:  You tell me what you want to do.

18              MR. ECKERT:  If it's okay with --

19              THE COURT:  You can get out and you can get a

20    certified copy of the conviction on the second floor.

21              MR. ECKERT:  Right.  I -- I'll do that, Your

22    Honor.

23              THE COURT:  Whatever you want to do.  Why

24    don't you talk?

25              MR. ECKERT:  May I?
```

Page 25

```
 1              (Pause)
 2              MR. ECKERT:  In the next 15 minutes, I will
 3       present a certified copy, Your Honor.  Absolutely.
 4              MR. PATTERSON:  And that's acceptable,
 5       obviously.
 6              THE COURT:  Pardon me?
 7              MR. PATTERSON:  That's acceptable, obviously.
 8              THE COURT:  All right.  Do you have a copy or
 9       do I have the only copy?
10              MR. ECKERT:  I do not have another copy, Your
11       Honor.
12              THE COURT:  Pardon?
13              MR. ECKERT:  No.  I do.  Copy for Mr.
14       Patterson.
15              THE COURT:  And a copy for you to get
16       certified?
17              MR. ECKERT:  Well, I would -- I have other
18       copies at the office.
19              MR. PATTERSON:  And I have a copy --
20              THE COURT:  I don't want you to run back to
21       the office.  You've got to be back here.
22              MR. ECKERT:  I understand.
23              THE COURT:  See, we're going to try to finish
24       the case this week, hopefully today.
25              MR. ECKERT:  I under --
```

Page 26

1          THE COURT:  I'm not looking to send this to

2     Washington for certification.  I want to get it

3     certified or I want to have that portion of the

4     stipulation deleted.

5          MR. ECKERT:  I understand the Court's

6     position.

7          THE COURT:  Now tell me what you're going to

8     do.

9          MR. ECKERT:  I'm going to take this copy down

10    to the second floor and ask that it be certified.

11         THE COURT:  Fine.  And then how are you going

12    to proceed?  I'll read the statement in the case and

13    tell the jury what the elements are.

14         MR. PATTERSON:  It was my --

15         THE COURT:  Then you can open briefly.  Is

16    that what you planned to do?

17         MR. ECKERT:  It was, Your Honor.

18         MR. PATTERSON:  I believe since it's going to

19    be very (indiscernible) that it's kind of a combined

20    opening and closing, the government would say their

21    statement.  I'll make my statement.  And then Your

22    Honor can read them the instructions and send them

23    back.

24         THE COURT:  Yes.  That's what I plan to do.

25         MR. ECKERT:  That's fine with us, Your Honor.

```
 1              THE COURT:  All right.  Well, I'll await your
 2    return with the certified copy of the conviction.  I'll
 3    get off the bench.  The only evidence, other than the
 4    conviction, I think, is the stipulation.
 5              MR. ECKERT:  We agree with that, Your Honor.
 6              MR. PATTERSON:  That's correct, Your Honor.
 7              THE COURT:  All right.  I'll recess then.
 8    And then we'll -- there will be a conviction.  The
 9    elements are all admitted.  And I'll schedule a
10    sentencing.  We should be finished very quickly.
11              All right.  We're in recess.  You may go
12    about your business.
13              MR. ECKERT:  Thank you, Your Honor.
14              THE REPORTER:  All rise.
15              (Recess from 2:49 p.m. until 3:00 p.m.)
16              THE CLERK:  All rise.
17              (Jury in)
18              THE COURT:  Be seated, everyone.
19              A third count in the indictment was separated
20    from Counts I and II as is required under our rules.
21    And now we're going to have a very brief -- and you'll
22    see how brief in just a moment -- a very brief trial of
23    the third element, of the third count.  The evidence,
24    for the most part, will be stipulated and it should
25    take no more than, I would say, five or ten minutes for
```

Page 28

1    opening statements and five or ten minutes for

2    evidence.  And that might be too long an estimate.

3            Let me tell you what the third count is all

4    about.  It involves only one defendant, Donnie Smith.

5    The government has charged in the indictment that

6    Defendant Donnie Smith committed a third crime.  The

7    indictment is not evidence.  The government must prove

8    each and every essential element of that crime, the

9    third crime, the third count, charged beyond a

10   reasonable doubt.

11           Count III of the indictment charges that on

12   or about March 22nd, 2019 in Philadelphia,

13   Pennsylvania, Defendant Donnie Smith possessed in and

14   affecting interstate commerce a firearm and ammunition.

15   That is a Glock 26, 9 millimeter semiautomatic pistol

16   bearing serial number BCXX649 noted with eight live

17   rounds of ammunition having previously been convicted

18   in a court of the Eastern District of Pennsylvania and

19   the Commonwealth of Pennsylvania of a crime punishable

20   by imprisonment for a term exceeding one year and did

21   so knowingly in violation of 18 United States Code,

22   Section 922(g)(1).

23           In order to find Defendant Smith guilty of

24   this offense, you must find that the government proved

25   each of the following four elements beyond a reasonable

1    doubt:

2              First, that Donnie Smith had been convicted

3    of a felony.  That is, a crime punishable by

4    imprisonment for a term exceeding one year;

5    Second, that after this conviction, Donnie Smith

6    knowingly possessed the firearm described in Count III

7    of the indictment.  And I just identified that firearm.

8    It's also referred to as the "store gun" during this

9    trial;

10   Third, that at the time Defendant possessed the

11   firearm, he knew he had been convicted of a crime

12   punishable by imprisonment for a term exceeding one

13   year; and

14   Fourth, that Donnie Smith's possession was in or

15   affecting interstate commerce.

16             Now in deciding the case, you can consider

17   all of the evidence that was introduced in the first

18   trial, first part of the trial, and the additional

19   evidence that will be offered now.

20             All right.  We'll begin in the same way as we

21   began part one of the trial with brief opening

22   statements.

23             MR. ECKERT:  May I enter the well, Your

24   Honor?

25             THE COURT:  Yes.

Page 30

1              MR. ECKERT:  Thank you.

2              Ladies and gentlemen of the jury, good

3     afternoon.  Good afternoon.

4              The third count is just that Mr. Smith

5     possessed the store gun.  The first element is, of

6     course, that he actually possessed it both in the store

7     and then when he left the store in the car when he fled

8     from the police.

9              The second element is that it actually was a

10    firearm.  If you call, the gentleman from the

11    Philadelphia police department, the expert witness, he

12    testified that he took the store gun, he took that

13    firearm, he fired it into the tank and it was operable.

14             The third and fourth elements relate.  That

15    is, that he has a qualifying felony conviction in the

16    Eastern District of Pennsylvania and that he had

17    knowledge of it.  And there will be a stipulation to

18    that effect.

19             The last element is just that the gun

20    traveled in interstate commerce.  That is, it was

21    manufactured in Austria and was imported into Georgia

22    and then recovered in Pennsylvania.

23             Thank you.

24             THE COURT:  Mr. Patterson?

25             MR. PATTERSON:  May it please the Court.

 1    Counsel.

 2              Ladies and gentlemen, the best thing is you

 3    don't have to listen to me drone on for 50 minutes.

 4    Basically, my client has agreed and he stipulated, and

 5    the stipulation will be read to the jury, that he is a

 6    convicted felon and he was convicted of a felony for a

 7    crime punishable for a term of imprisonment exceeding

 8    one year.  And, two, that when he possessed the firearm

 9    initially, he was aware of the conviction.  That is

10    stipulated, too, and, again, that stipulation will be

11    read to you.

12              Once again, I want to thank the jury for

13    their consideration and attention and patience in this

14    case.  And with respect to when you go back to

15    deliberate, I would just ask that you once again decide

16    this case based upon the oath you've taken as a jury

17    when you were sworn in and to decide this case based

18    upon the testimony, the evidence and the jury

19    instructions.

20              Thank you.

21              THE COURT:  I think we've just -- no.

22              MR. ECKERT:  I'm sorry, Your Honor.

23              THE COURT:  Ms. Martin --

24              MR. ECKERT:  Yes.

25              THE COURT:  I was going to say, I think we've

Page 32

```
 1    just heard opening and closing statements with one
 2    exception:  the stipulation which you just handed up to
 3    me.  Was that what you were on your feet to deliver,
 4    Ms. Martin?
 5              MS. MARTIN:  It was, Your Honor.  May I?
 6              THE COURT:  Yes, you may.  You provided it to
 7    me.
 8              MS. MARTIN:  I do have a copy as well, Your
 9    Honor.
10              THE COURT:  Well, I have the original.  I'll
11    give you that.  That will be filed of record.  I've
12    also inserted the exhibit number.  You'll have to offer
13    the exhibit in evidence.
14              MS. MARTIN:  Thank you, Your Honor.  May I?
15              THE COURT:  You may.
16              MS. MARTIN:  Ladies and gentlemen of the
17    jury, there's a stipulation by and between counsel for
18    Mr. Smith that prior to March 22nd, 2019, Defendant
19    Donnie Smith had been convicted in a court of the
20    Commonwealth of Pennsylvania and/or the United States
21    District Court for the Eastern District of Pennsylvania
22    of a crime punishable by imprisonment for a term
23    exceeding one year.  That is, he had been convicted of
24    a felony within the meaning of Title 18, United States
25    Code, Section 922(g)(1), and he had knowledge of this
```

Page 33

1    conviction.

2            Government's Exhibit 60, the certified copy

3    of the conviction, is admitted into evidence in support

4    of this stipulated fact.

5            Your Honor, that concludes the stipulation

6    and I would offer Government's Exhibit 60 into

7    evidence.

8            THE COURT:  Government Exhibit 60 is received

9    in evidence.

10            (Government Exhibit Number 60 received)

11            MR. PATTERSON:  Your Honor, it is so

12    stipulated.

13            MS. MARTIN:  Thank you.

14            THE COURT:  All right.  I think what is left

15    -- the government's evidence of the effect on

16    interstate commerce was introduced in the first part of

17    the trial.

18            MR. ECKERT:  It was, Your Honor.

19            THE COURT:  And this stipulation -- and

20    that's the fourth element.  The stipulation covers the

21    first element of the offense, that Donnie Smith had

22    been convicted of a felony.  That is a crime punishable

23    by imprisonment for a term exceeding one year.  And the

24    third element, that is, at the time the defendant

25    possessed the firearm, he knew he had been convicted of

1   a crime punishable by imprisonment for a term exceeding

2   one year, leaving only the second element.

3            And the second element is that after this

4   conviction, Donnie Smith knowingly possessed the

5   firearm described in Count III of the indictment.

6            That's the issue.  And I think -- first, the

7   government doesn't intend to offer any additional

8   evidence, does it?

9            MR. ECKERT:  That is correct, Your Honor.  We

10  do not.  Thank you.

11           THE COURT:  So I think it's appropriate to

12  have a brief closing on that issue or on any issue.

13  And -- or did you intend to do something else?

14           MR. ECKERT:  No, Your Honor.  I'm happy to

15  offer a 20-second closing, if I may.

16           THE COURT:  Well, I think the only issue

17  remaining after the stipulation and receipt of the

18  evidence on interstate commerce in the first part of

19  the trial, the only issue remaining is Defendant's

20  knowing possession of the firearm described in Count

21  III of the indictment, the store gun.  And you may

22  proceed, Mr. Eckert.

23           MR. ECKERT:  Thank you, Your Honor.

24           Ladies and gentlemen of the jury, we would

25  just ask to rely on the store video.  When the

Page 35

1    defendant, Mr. Smith, he took the store gun from the

2    complaining witness, Mr. Ventura, he walked out of the

3    -- eventually walked out of the store with it, he got

4    into his car and he drove off.  During that entire

5    time, he was in actual possession of the gun.  If at

6    any point you find that he left that gun on the

7    floorboard of the car where it was recovered by the

8    police, that would be constructive possession and that

9    would meet the element beyond a reasonable doubt.

10            Just want to address the interstate nexus.

11   That was the gentleman, Special Agent Resnik, from the

12   Bureau of Alcohol, Tobacco and Firearms.  He was the

13   expert witness who researched the place that

14   manufactured the gun and that was the country of

15   Austria, imported into Georgia, recovered here in

16   Philadelphia which would qualify as the interstate

17   nexus.

18            Thank you so much.

19            THE COURT:  The government rests?

20            MR. ECKERT:  We do, Your Honor.

21            THE COURT:  Mr. Patt --

22            MR. PATTERSON:  Your Honor, it's not the

23   intention of the defense to offer any evidence.  And we

24   would rest.

25            THE COURT:  Thank you.

Page 36

1              You're going to wonder why Counts I and II

2    didn't move as quickly.  But I'm going to instruct you

3    on the law with a very brief charge.

4              Now that you have completed your initial

5    deliberation, you must consider Count III of the

6    indictment.  On February 3rd, 2020, I instructed you on

7    your role as jurors, the defendants' presumption of

8    innocence, the burden of proof on the government to

9    prove the essential elements of the charges against the

10   defendant beyond a reasonable doubt, how you consider

11   the evidence and the credibility or believability of

12   witnesses.

13             Those instructions also apply to your

14   deliberations on Count III of the indictment.  As I've

15   said several times, the defendant, Smith, is charged in

16   Count III of the indictment with violating federal law.

17   Count III charges Defendant Smith with unlawful

18   possession of a firearm in violation of 18 United

19   States Code, Section 922.  And it's a specific firearm.

20   It's identified in the indictment as the Glock and it's

21   also been referred throughout the trial as the "store

22   gun".

23

24             As I explained at the beginning of the trial,

25   an indictment is just a formal way of specifying the

1    exact crime the defendant is accused of committing.  It

2    is simply a description of the charges against the

3    defendant.  It is an accusation only.  An indictment is

4    not evidence of anything and you should not give any

5    weight to the fact that the defendant has been indicted

6    in making your decision in this case.

7              Count III of the indictment charges Defendant

8    Smith with being a felon in possession of a firearm

9    which is a violation of federal law.  In order to find

10   the defendant guilty of this offense, you must find

11   that the government proved each of the

12             following -- we had a little trouble counting

13   -- each of the following four elements beyond a

14   reasonable doubt.  And I've already explained them in

15   reading the statement of the case at the beginning of

16   this part of the trial but I'll read them again:

17             First, that Donnie Smith had been convicted

18   of a felony.  That is, a crime punishable by

19   imprisonment for a term exceeding one year;

20   Second, that after this conviction, Donnie Smith

21   knowingly possessed the firearm described in Count III

22   of the indictment;

23   Third, that at the time the defendant possessed the

24   firearm, he knew he had been convicted of a crime

25   punishable by imprisonment for a term exceeding one

Page 38

1    year; and

2    Fourth, that Defendant Smith's possession was in or

3    affecting interstate commerce.

4            The government and the defendant have agreed

5    that prior to March 22nd, 2019, Defendant Donnie Smith

6    had been convicted in a court of the Commonwealth of

7    Pennsylvania and/or the United States District Court

8    for the Eastern District of Pennsylvania of a crime

9    punishable by imprisonment for a term exceeding one

10   year.  That is, he had been convicted of a felony

11   within the meaning of 18 United States Code, Section

12   922(g)(1), and he had knowledge of this conviction.

13   Government Exhibit 60, the certified copy of

14   conviction, is admitted into evidence in support of

15   this stipulated fact as true.  You should therefore

16   treat this fact as having been proved.  You are not

17   required to do so, however, since you are the sole

18   judge of the facts.

19           The term "firearm" was defined in the first

20   part of the trial but I'm going to repeat that

21   definition now.  The term "firearm" means any weapon

22   that will expel or is designed to or may readily be

23   converted to expel a projectile by the action of an

24   explosive.  The term includes the frame or receiver of

25   any such weapon.

1            With respect to the prior conviction, the

2    parties have stipulated that Donnie Smith was convicted

3    of a crime in federal court which was punishable by

4    imprisonment for a term exceeding one year.  The

5    parties have also stipulated that Donnie Smith had

6    knowledge of the conviction and that it occurred prior

7    to the time that he is alleged to have possessed the

8    firearm charged in the indictment.

9            You heard evidence, through a stipulation,

10   that Defendant was convicted before this incident in

11   the United States District Court for the Eastern

12   District of Pennsylvania of a crime punishable by

13   imprisonment for a term exceeding one year.  This prior

14   conviction was brought to your attention because it

15   tends to establish one of the elements of the crime of

16   possession of a firearm by a convicted felon that's set

17   forth in the indictment.  You are not to speculate as

18   to the nature of the conviction.  You may not consider

19   the prior conviction in deciding whether Donnie Smith

20   was in knowing possession of the firearm that he is

21   charged in this case with possessing which is a

22   disputed issue in the case.

23           The fact that Defendant Smith was found

24   guilty of another crime on another occasion does not

25   mean he committed this crime on March 22nd, 2019 and

1    you must not use his guilt of the other crime as proof

2    of the crime charged in this case except for the one

3    element of this crime which I have mentioned.  You may

4    find the defendant guilty of this crime only if the

5    government has proven beyond a reasonable doubt all of

6    the elements of the crime.

7            Now I'm going to define "knowing possession".

8    To establish the second element of the offense, the

9    government must prove that Donnie Smith possessed the

10   firearm in question.  To "possess" means to have

11   something within a person's control.  The government

12   does not have to prove that Donnie Smith physically

13   held the firearm, that is, that he had actual

14   possession of it.  As long as the firearm was within

15   Donnie Smith's control, he possessed it.  If you find

16   that Donnie Smith either had actual possession of the

17   firearm or had the power and intention to exercise

18   control over it even though it was not in Donnie

19   Smith's physical possession, that is, that Donnie Smith

20   had the ability to take actual possession of the object

21   when Smith wanted to do so, you may find that the

22   government has proven possession.  Possession may be

23   momentary or fleeting.

24           The law also recognizes that possession may

25   be sole or joint.  If one person alone possesses a

1    firearm, that is sole possession.  However, more than

2    one person may have the power and intention to exercise

3    control over a firearm.  That is called "joint

4    possession".  If you find that Donnie Smith had such

5    power and intention then he possessed the firearm even

6    if he possessed it jointly with another.

7           Mere proximity to the firearm or mere

8    presence on a property where it is located or a mere

9    association with the person who does control the

10   firearm or the property is insufficient to support a

11   finding of possession.  Proof of ownership of the

12   firearm is not required.

13          The government must prove that Donnie Smith

14   knowingly possessed the firearm described in the

15   indictment.  This means that Donnie Smith possessed the

16   firearm purposely and voluntarily and not by accident

17   or mistake.  It also means that Donnie Smith knew the

18   object was a firearm.

19          And now the charge on interstate commerce.

20   The fourth element that the government must prove

21   beyond a reasonable doubt is that the firearm specified

22   in the indictment was in or affecting interstate

23   commerce.  This means that the government must prove

24   that at some time before Defendant's possession the

25   firearm had traveled in interstate commerce.  It is

Page 42

1    sufficient for the government to satisfy this element

2    by proving that at any time prior to the date charged

3    in the indictment, the firearm crossed the state lines.

4    The government does not need to prove that Donnie Smith

5    himself carried it across the state lines or to prove

6    who carried it across or how it was transported.  It is

7    also not necessary for the government to prove that

8    Donnie Smith knew that the firearm had traveled in

9    interstate commerce.

10           In this regard, there has been evidence that

11   the firearm in question was manufactured in a different

12   -- or manufactured in a foreign country and that it

13   then thereafter traveled to Georgia in the United

14   States and was subsequently transported to

15   Pennsylvania.  All of this happened before Defendant

16   Smith possessed the firearm -- or before he is charged

17   with possessing the firearm.  It is the latter.  All of

18   this happened before he is charged with possessing the

19   firearm.  You are permitted to infer from this fact

20   that the firearm traveled in interstate commerce.

21   However, you are not required to do so.

22           Those are my instructions on the law.  The

23   only remaining instruction relates to the verdict.  And

24   I'll go over the verdict sheet with you and then I'll

25   talk to counsel.

Page 43

1           The verdict sheet in this case is similar to

2     the verdict sheet you've already completed.  It reads:

3     "The jury unanimously agrees to the following verdict

4     for Count III of the indictment as to Defendant Smith."

5     As I instructed you at the first part of the trial,

6     your verdict must be unanimous; all 12 of you must

7     agree.

8           Now a summary of Count III -- on Count III of

9     the indictment charging:  "Possessing of a firearm by a

10    felon, that is, a Glock 26, 9 millimeter semiautomatic

11    pistol, bearing serial number BCXX649, loaded with

12    eight live rounds of ammunition (the "store gun") on or

13    about March 22nd, 2019, we, the jury, unanimously find

14    Defendant Donnie Smith" -- and there's a column

15    "guilty" and "not guilty", two lines, same format as

16    with the original verdict sheets.  And the verdict

17    sheet also instructs:  "After your foreperson has

18    completed this verdict form in accordance with the

19    instructions, the foreperson should sign and date the

20    form and the jury should return to the courtroom."

21    There's a line for a signature, initials and last name

22    and the date.

23           Counsel, do we need to go to sidebar?

24           MR. ECKERT:  I do not, Your Honor.

25           MR. PATTERSON:  No, Your Honor.  No

Page 44

1   objection.

2            THE COURT:  Are there any objections to the

3   charge?

4            MR. ECKERT:  No, Your Honor.

5            MR. PATTERSON:  No objection.  No objection

6   to the charge, Your Honor.

7            THE COURT:  Fine.  Then what we will do,

8   we'll give you three copies of the charge.  Do we have

9   them in the courtroom?

10           THE CLERK:  Yes.

11           THE COURT:  After a week and two days.  I

12  mean, that is just a -- I'm sorry.  It's not really a

13  laughing matter but that was a funny gesture.  It's a

14  very serious case so I don't want us to get jovial

15  about it.

16           And is there one verdict form?  Fine.  Then

17  let's excuse the jury to begin their deliberations.  I

18  don't know how long it will take you but if you get

19  close to 4:30 and you haven't reached a verdict, send

20  me a note.  Tell me what you want to do.

21           THE CLERK:  All rise.

22           Do you want the stipulation to go back?

23  Stipulation?

24           THE COURT:  Yes.

25           THE COURT:  Stipulation and exhibit, Ms.

Page 45

1   Hull.

2              (Jury out)

3              THE COURT:  Be seated, everyone.

4              I don't think there's anything else we have

5   to do.  We're closing in on the end.  I want you all to

6   stay.  I know you will, Mr. Patterson.  I don't think

7   it will take very long for them to reach a verdict.

8   Everything was practically stipulated to.

9              All right.  I think I'm going off the bench.

10  And, Michael, you'll call me when they reach a verdict.

11             THE REPORTER:  All rise.

12             THE COURT:  You may go about your business,

13  everyone.

14             (Off the record from 3:27 p.m. until 3:38

15             p.m.)

16             THE CLERK:  All right.  Are we ready to bring

17  the jury back?

18             THE COURT:  Oh, have they reached a verdict?

19             THE CLERK:  Yes.

20             THE COURT:  Oh, I missed it.

21             THE CLERK:  I'm showing all counsel are here.

22             THE COURT:  Good.  Then we can show the jury

23  verdict -- I'm sorry.  Show the jury in.

24             (Pause)

25             THE CLERK:  All rise.

Page 46

```
 1                (Jury in)
 2                THE COURT:  Be seated, everyone.
 3                Ladies and gentlemen, I've been told that
 4     you've reached a unanimous verdict as to Count III for
 5     Defendant Smith.  Is that correct?
 6                THE FOREPERSON:  That is correct, Your Honor.
 7                THE COURT:  Thank you.  Ms. Hull, will you
 8     receive the jury verdict form, please?  Thank you.
 9                (Pause)
10                THE COURT:  The verdict form has been
11     properly completed and signed and dated.  Ms. Hull,
12     will you publish the verdict?
13                THE CLERK:  Members of the jury, please rise.
14     And will the foreperson please answer?
15                The jury unanimously agrees to the following
16     verdict for Count III of the indictment as to Defendant
17     Donnie Smith.  Count III of the indictment charging
18     possession of a public firearm by a felon, that is, a
19     Glock 26, 9 millimeter semiautomatic pistol bearing
20     serial number BCXX649 loaded with eight live rounds of
21     ammunition (the "store gun") on or about March 22nd,
22     2019, we, the jury, unanimously find the defendant
23     Donnie Smith guilty or not guilty?
24                THE FOREPERSON:  Guilty.
25                THE COURT:  Thank you.
```

Page 47

1           THE CLERK:  Thank you.

2           THE COURT:  Is there a request?

3           MR. ECKERT:  Not from the government, Your

4    Honor.

5           MR. PATTERSON:  No request, Your Honor.

6    Thank you

7           THE COURT:  Fine.  Ms. Hull, will you publish

8    the verdict?

9           THE CLERK:  Please remain standing.  Harken

10   unto your verdict as the Court has recorded it in the

11   issue joined in the indictment number 19-350-01 between

12   the United States of America and Donnie Smith:

13           You find the defendant guilty as to Count I

14   (sic) and so say you all -- Count III.  So sorry.

15   Count III.

16           THE COURT:  Count III, yes.

17           THE FOREPERSON:  We do.

18           THE CLERK:  Thank you.

19           THE COURT:  And so say you all.

20           THE JURY:  Yes.

21           THE COURT:  Fine.  Ms. Hull, will you

22   retrieve the verdict sheet?

23           You may be seated, ladies and gentlemen.

24           This completes your jury service.  It was a

25   significant case, a little complicated because of the

1    -- we call it bifurcation, the splitting, of the two

2    parts of the case and the fact that there were three

3    defendants.  That complicated things a little bit.

4            I watched you during the entire trial and you

5    were, I would say, paying rapt attention to the

6    evidence.  It was obvious to me that you were engrossed

7    in what was going on and that you were true to your

8    oath listening to the evidence, reading whatever was

9    written and doing what had to be done to decide the

10   case fairly and impartially.  And you should feel very

11   good about that.

12           Jury service is -- it's an obligation of

13   citizenship.  I guess that's one way to put it.  But

14   it's much more than that.  It's what makes our justice

15   system run.  And our justice system runs this way

16   throughout the country.  There are courts like this

17   one, district courts, trial courts, where criminal

18   cases, like this one and any other criminal case about

19   which you might have read, and civil cases as well, are

20   tried before juries just like you.  The system would

21   not work at all if people like you were not willing to

22   come to court to give of their time and some

23   inconvenience and to become part of the justice system.

24   You did that and you should feel very good about that.

25   You did your job.

1          It's a difficult job because you're talking

2     about someone's liberty.  And I know you took it

3     seriously.  At least, that was based on -- that

4     statement was based on my observation of the way you

5     proceeding during the trial.

6          I told you during the trial that you could

7     not discuss the case with anyone and I'm relieving you

8     of that restriction.  You may discuss the case with

9     anyone you choose to discuss it with.  But I have one

10    word of caution.  Just a word of caution, not an order

11    or an instruction.  If you discuss the case, do not

12    share with others the opinions you heard stated by

13    other members of the jury.  You should feel free to

14    discuss your thoughts, what you said, but not so much

15    what other jurors might have said during the course of

16    deliberations.  Respect their privacy.

17          There's another aspect of the trial that I'm

18    going to focus on for just a moment.  You now know how

19    criminal cases are tried in federal court starting with

20    jury selection, opening statements, presentation of

21    evidence and then closing arguments and jury

22    instructions.  That's the way criminal cases are tried

23    in every federal court throughout the country.  And

24    there are close to 100 of them.

25          It's a little different than what you see on

1    television.  Someone in the back row doesn't ever stand

2    up and say I did it, Judge.  Now you know how the

3    criminal justice system works for real.  And I

4    encourage you to talk about how it works.  Express your

5    views.  Do you think it's fair?  Do you think something

6    should be changed?  And if you care to write to me

7    about that, I'd be happy to discuss it with you.  But

8    it's something that I think far too few people know

9    anything about.  And what they know about the criminal

10   justice system, they've gotten from television

11   programs.  I'm talking about fiction not portions of

12   live trials.  And if live trials are televised,

13   oftentimes, they're not televised opening to closing.

14   They're televised in snippets.  So you don't really get

15   a picture of what's going on.  You have that picture

16   now.  And I encourage you to talk about it.

17           The parties join me in thanking you for your

18   jury service.  You've been here now -- this is the

19   seventh day.  I don't have to count.  I'm sure you know

20   how many days you've been here.  And it took a little

21   longer than we anticipated.  But I saw no signs of

22   displeasure and that told me you were invested in what

23   you were doing which is exactly what was expected of

24   you.

25           Again, on behalf of all of our judges, the

1    whole court, we thank you for your jury service.

2              Ms. Hull, they're discharged from further

3    jury service?

4              THE CLERK:  Absolutely.

5              THE COURT:  Yes, absolutely.  And so you need

6    do nothing further.  If they need work slips, they will

7    get them in the mail?

8              THE CLERK:  They already have their --

9              THE COURT:  They already have their work

10   slips.  She's been with me a long time.  And she and

11   Mr. Cosgrove are very good at what they do.

12             You're excused from further jury service.  I

13   want you to leave your juror notebooks in the jury

14   room.  I'll see to it that they're shredded.  We won't

15   read them.

16             I don't think anything else needs to be done.

17   Talk to counsel briefly, Mr. Eckert?

18             MR. ECKERT:  Not from the government, Your

19   Honor.  Thank you.

20             THE COURT:  Mr. Patterson?

21             MR. PATTERSON:  No, Your Honor.  Thank you.

22             THE COURT:  I'll come off the bench.  I have

23   to take care of one little housekeeping chore.  Won't

24   take me very long.  And then I'll join those of you who

25   remain in the jury room to chat for just a little bit.

1  And with that, again, with my thanks, you're excused

2  from further jury service.  I'll see you in just a few

3  minutes.

4          THE CLERK:  All rise.

5          (Jury out)

6          THE COURT:  Be seated, everyone.

7          Michael, the trial date, do you have it?

8  Pardon me?  Smith's was the first.  Just give me the

9  dates of the others and I can --

10         THE REPORTER:  The 20th and the 21st of May

11 for the others.

12         THE COURT:  Ask -- let me just look a bit

13 further.  Yeah, sentencing.  Tuesday, May 19th, 2020 at

14 12:45 p.m.

15         Mr. Smith, you were here when I spoke to Mr.

16 Stevens and Mr. Quinn but I'm going to repeat it --

17 what I said.  I'm going to ask the United States

18 probation officer to conduct a pre-sentence

19 investigation.  Among other things, he will interview

20 you or she will interview you.  And, Mr. Patterson, I

21 direct that you be present.  They'll ask you questions

22 about your background, the offenses of conviction and

23 other matters related to sentencing.

24         When the investigation is completed, the

25 probation officer will prepare a report.  Copies will

Page 53

1    be given to you and to Mr. Patterson and to government
2    counsel even before I get them.  You'll have an
3    opportunity to review them with Mr. Patterson and
4    object.  For example, the probation officer will make
5    recommendations regarding the sentencing guidelines
6    which I consider among numerous other factors in
7    imposing sentence.  So you can object.  You can ask me
8    to add things to the report, remove things from the
9    report, correct errors in the report.  Any objections
10   and any of those requests will be addressed by me at
11   sentencing.
12         At sentencing, you have a right to speak to
13   me about anything you deem appropriate.  It's called
14   your right of allocution.  And you can also present
15   evidence, testimony from witnesses or letters or other
16   writings from witnesses who hopefully would say good
17   things about you.  And Mr. Patterson will be able to
18   argue as to an appropriate sentence.  The government
19   has those same rights.
20         All right.  I have nothing further at this
21   time.  Mr. Eckert?
22         MR. ECKERT:  Not from us, Your Honor.  Thank
23   you.
24         MR. PATTERSON:  Nothing, Your Honor.
25         THE COURT:  Mr. Patterson?

Page 54

1            MR. PATTERSON:  Thank you.

2            THE COURT:  Well, then Court's adjourned.

3   Defendant is remanded to the custody of the U.S.

4   marshals.

5            THE REPORTER:  All rise.

6            THE COURT:  You may go about your business.

7            (Court is adjourned)

8                         *  *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2     I, Lisa Beck, certify that the foregoing transcript is

3     a true and accurate record of the proceedings.

4                     *Lisa Beck*

5     Lisa Beck   _____

6               Date:  November 9, 2020

7     2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**&**

**&**   1:16

**0**

**00350**   1:3,3,4
**02**   10:12
**03**   10:12

**1**

**1**   1:3 20:16 22:8
  28:22 32:25 38:12
**1-888-777-6690**
  1:25 2:25
**10**   3:22 12:13
  19:12,12,16
**100**   49:24
**12**   43:6
**1250**   1:12
**12:45**   17:20,21
  52:14
**1301**   1:18
**1429**   1:17
**15**   16:4,23 24:1,7
  25:2
**18**   3:7,23 22:7
  28:21 32:24 36:18
  38:11
**1800**   1:24 2:24
**1801**   1:24 2:24
**18045**   1:15
**19-350-01**   10:12
  47:11
**19102**   1:18
**19103**   1:24 2:24
**19106**   1:12 2:4
**19th**   52:13

**2**

**2**   1:3 17:8 55:7
**20**   16:23 34:15
**2019**   6:22 7:4,18
  7:24 8:13,19
  28:12 32:18 38:5

39:25 43:13 46:22
**2020**   1:5 17:20,21
  36:6 52:13 55:6
**20th**   17:20 52:10
**21st**   17:21 52:10
**22nd**   6:22 7:4,18
  7:24 8:13,19
  28:12 32:18 38:5
  39:25 43:13 46:21
**25**   17:8
**26**   28:15 43:10
  46:19
**29**   4:2,4
**2:03**   1:6
**2:19**   1:3,3,4
**2:29**   19:18
**2:39**   19:18
**2:49**   27:15

**3**

**3**   1:4 17:9,11 24:1
**30**   5:4 13:10 15:21
  16:25
**34**   4:22
**35**   4:8 17:9
**3513**   1:14
**37**   4:10
**3:00**   27:15
**3:27**   45:14
**3:52**   1:6
**3rd**   36:6

**4**

**4**   1:5
**47**   4:15
**48**   4:16
**4:30**   44:19

**5**

**50**   31:3
**53**   3:8
**54**   4:18

**540**   2:2

**6**

**6**   3:6
**60**   4:22 22:16,18
  33:2,6,8,10 38:13
**601**   2:3
**615**   1:11

**7**

**7**   3:13,14,15,16

**8**

**8**   3:17,18,19,20

**9**

**9**   3:21 28:15 43:10
  46:19 55:6
**922**   20:16 22:8
  28:22 32:25 36:19
  38:12

**a**

**abetting**   6:22 7:4
  7:17,23 8:12,18
**abid**   1:5 3:16,17
  3:18 5:25 7:15,19
  7:25 8:5 10:13,19
  10:20
**ability**   40:20
**able**   18:15,20
  53:17
**absolutely**   25:3
  51:4,5
**acceptable**   25:4,7
**accident**   41:16
**accurate**   55:3
**accusation**   37:3
**accused**   37:1
**action**   38:23
**actual**   35:5 40:13
  40:16,20
**add**   9:8 53:8

**additional**   21:12
  29:18 34:7
**address**   13:6,8,23
  14:6,10 15:23
  35:10
**addressed**   16:15
  53:10
**adjourned**   54:2,7
**admit**   23:15
**admitted**   22:11
  27:9 33:3 38:14
**advised**   5:3,21
**advisement**   3:23
  4:18
**affidavits**   18:14
**affirm**   11:2
**afternoon**   30:3,3
**agent**   35:11
**ago**   5:3,4,21
**agree**   27:5 43:7
**agreed**   31:4 38:4
**agreeing**   24:12
**agrees**   6:17 7:13
  8:8 22:2 43:3
  46:15
**ahead**   21:7
**aiding**   6:21 7:3,17
  7:23 8:12,18
**alcohol**   35:12
**alleged**   39:7
**allocution**   3:24
  4:18 18:12 53:14
**america**   1:3 10:13
  47:12
**ammunition**   28:14
  28:17 43:12 46:21
**answer**   6:16 20:15
  46:14
**answered**   10:17
  10:21,25

**anticipated** 50:21
**apologize** 11:5,6
    23:23
**apparently** 23:18
**appearance** 14:13
**appearances** 1:9
**applicable** 18:6
**apply** 36:13
**approach** 23:3
**appropriate** 18:8
    18:11,16 34:11
    53:13,18
**argue** 18:16 53:18
**argument** 14:7
**arguments** 49:21
**asked** 20:10
**aspect** 49:17
**association** 2:1
    41:9
**atlantic** 1:23 2:23
**attention** 31:13
    39:14 48:5
**attorney** 5:25 6:1
    6:2
**attorney's** 1:11
**attorneys** 18:15
**austria** 30:21
    35:15
**await** 27:1
**aware** 31:9

**b**

**b** 4:19
**back** 21:21 22:14
    24:2,5 25:20,21
    26:23 31:14 44:22
    45:17 50:1
**background** 52:22
**barnaby** 1:16
**based** 14:3 31:16
    31:17 49:3,4

**basically** 14:6 31:4
**bcxx649** 28:16
    43:11 46:20
**bearing** 28:16
    43:11 46:19
**beck** 55:2,5
**began** 29:21
**beginning** 36:24
    37:15
**behalf** 50:25
**believability** 36:11
**believe** 12:21
    18:21 24:12 26:18
**bench** 27:3 45:9
    51:22
**best** 31:2
**beyond** 7:9 8:4,24
    11:8 28:9,25 35:9
    36:10 37:13 40:5
    41:21
**bifurcated** 4:1,9
    4:12,16
**bifurcation** 48:1
**bit** 48:3 51:25
    52:12
**blank** 22:10 23:1
**brandished** 7:10
    8:5,25 11:9
**break** 15:21 17:9
**brief** 17:1,1,3,5,5
    19:9 21:14 27:21
    27:22,22 29:21
    34:12 36:3
**briefly** 26:15
    51:17
**bring** 6:9 23:20
    45:16
**brought** 39:14
**burden** 36:8
**bureau** 35:12

**business** 27:12
    45:12 54:6

**c**

**c** 1:13,16 3:4,10,25
    4:7,9,12 5:1 55:1
    55:1
**call** 5:6 30:10
    45:10 48:1
**called** 41:3 53:13
**car** 30:7 35:4,7
**care** 50:6 51:23
**carried** 42:5,6
**carrying** 7:2,22
    8:17
**case** 12:17,24
    13:24 16:12 23:1
    24:14 25:24 26:12
    29:16 31:14,16,17
    37:6,15 39:21,22
    40:2 43:1 44:14
    47:25 48:2,10,18
    49:7,8,11
**cases** 48:18,19
    49:19,22
**caution** 49:10,10
**center** 2:3
**certain** 13:5
**certainly** 21:15
    24:2,11
**certification** 26:2
**certified** 4:22
    21:18 22:10 23:9
    23:13,15,19 24:7
    24:20 25:3,16
    26:3,10 27:2 33:2
    38:13
**certify** 55:2
**changed** 50:6
**charge** 17:4 36:3
    41:19 44:3,6,8

**charged** 28:5,9
    36:15 39:8,21
    40:2 42:2,16,18
**charges** 28:11
    36:9,17 37:2,7
**charging** 6:20 7:2
    7:16,22 8:11,17
    43:9 46:17
**chat** 51:25
**chestnut** 1:11
**choose** 49:9
**chore** 51:23
**circumstances**
    18:22
**citizenship** 48:13
**civil** 48:19
**clerk** 5:15,18 6:15
    7:1,8,13,21 8:3,8
    8:16,23 9:3,14
    10:9 11:5,12
    14:22,24 15:3,7,13
    15:16,19,22,25
    16:3 19:17 27:16
    44:10,21 45:16,19
    45:21,25 46:13
    47:1,9,18 51:4,8
    52:4
**client** 14:12 31:4
**close** 44:19 49:24
**closing** 14:9 21:9
    21:14 26:20 32:1
    34:12,15 45:5
    49:21 50:13
**code** 22:8 28:21
    32:25 36:19 38:11
**column** 43:14
**combined** 26:19
**come** 48:22 51:22
**comments** 18:23
**commerce** 6:21
    7:17 8:12 28:14

29:15 30:20 33:16
34:18 38:3 41:19
41:23,25 42:9,20
**committed** 28:6
39:25
**committing** 7:11
8:6 9:1 11:10 37:1
**commonwealth**
28:19 32:20 38:6
**company** 1:23
2:23
**complaining** 35:2
**completed** 6:12
36:4 43:2,18
46:11 52:24
**completely** 9:12
**completes** 18:2
47:24
**complicated** 47:25
48:3
**concludes** 33:5
**conduct** 3:7,8
17:23 52:18
**conference** 11:16
16:8
**connect** 22:23
**consider** 29:16
36:5,10 39:18
53:6
**consideration**
31:13
**considered** 18:7
**constructive** 35:8
**cont'd** 4:6
**control** 40:11,15
40:18 41:3,9
**conversation** 20:8
**converted** 38:23
**convicted** 12:22
20:17,24 22:6
28:17 29:2,11

31:6,6 32:19,23
33:22,25 37:17,24
38:6,10 39:2,10,16
38:24 19:10,11
**conviction** 4:23
13:17,18 20:14,21
21:3,18,19 22:9,11
23:13,16,19 24:20
27:2,4,8 29:5
30:15 31:9 33:1,3
34:4 37:20 38:12
38:14 39:1,6,14,18
39:19 52:22
**copies** 21:19 22:10
23:12 25:18 44:8
52:25
**copy** 4:22 9:15
21:20,23 23:9,15
23:19,22 24:7,20
25:3,8,9,10,13,15
25:19 26:9 27:2
32:8 33:2 38:13
**correct** 6:5,6
11:11 14:5 15:14
27:6 34:9 46:5,6
53:9
**cosgrove** 2:6 51:11
**counsel** 10:2 11:15
16:10 17:2,25
18:24 19:10,11
22:17 31:1 32:17
42:25 43:23 45:21
51:17 53:2
**count** 3:11 4:13
6:18,20 7:1,15,21
8:10,16 10:16,17
10:18,20,21,22,24
10:25 11:1,7,20
19:20 20:16 21:4
27:19,23 28:3,9,11
29:6 30:4 34:5,20
36:5,14,16,17 37:7

37:21 43:4,8,8
46:4,16,17 47:13
47:14,15,16 50:19
**counting** 37:12
**country** 35:14
42:12 48:16 49:23
**counts** 7:14 8:9
22:4 27:20 36:1
**course** 21:23 30:6
49:15
**court** 1:1,23 2:23
4:2,10 5:2,9,12,14
5:20 6:7,11 9:4,7
9:10,18,23 10:1,7
10:10 11:13,17
12:1,5,7,8,12,15
13:2,5,8,11,16,20
13:25 14:4,15,17
14:21,22,23 15:1,6
15:10,14,18,21,23
16:2,4,9,12 17:15
18:7 19:1,3,6,19
19:22 20:2,7,9,12
20:13 21:7,15,23
21:25 22:2,4,19,21
22:25 23:5,9,14,18
23:24 24:14,17,19
24:23 25:6,8,12,15
25:20,23 26:1,7,11
26:15,24 27:1,7,18
28:18 29:25 30:24
30:25 31:21,23,25
32:6,10,15,19,21
33:8,14,19 34:11
34:16 35:19,21,25
38:6,7 39:3,11
44:2,7,11,24,25
45:3,12,18,20,22
46:2,7,10,25 47:2
47:7,10,16,19,21
48:22 49:19,23

51:1,5,9,20,22
52:6,12 53:25
54:2,6,7
**court's** 26:5 54:2
**courtroom** 5:6 6:8
20:2 43:20 44:9
**courts** 48:16,17,17
**cover** 18:4 19:13
**covering** 17:4
**covers** 33:20
**cr** 1:3,3,4
**credibility** 36:11
**crime** 7:3,23 8:18
20:18,24 28:6,8,9
28:19 29:3,11
31:7 32:22 33:22
34:1 37:1,18,24
38:8 39:3,12,15,24
39:25 40:1,2,3,4,6
**criminal** 48:17,18
49:19,22 50:3,9
**crossed** 42:3
**curtis** 2:3
**custody** 54:3

| **d** |
|---|

**d** 3:1,4,10 4:12 5:1
**date** 42:2 43:19,22
52:7 55:6
**dated** 46:11
**dates** 52:9
**day** 1:7 18:18
50:19
**days** 44:11 50:20
**decide** 13:8 31:15
31:17 48:9
**deciding** 18:8
29:16 39:19
**decision** 37:6
**deem** 18:11 53:13
**defendant** 1:6,13
1:16 2:1 3:9,11

4:5,13,18,22 5:25
6:19,23 7:5,15,19
7:25 8:10,14,20
10:15,16,19,20,23
10:24 11:8 16:13
16:14,16,22 17:6
17:19,20 20:17,23
28:4,6,13,23 29:10
32:18 33:24 35:1
36:10,15,17 37:1,3
37:5,7,10,23 38:2
38:4,5 39:10,23
40:4 42:15 43:4
43:14 46:5,16,22
47:13 54:3
**defendant's** 34:19
41:24
**defendants** 3:7,23
6:5 15:5,9 16:13
16:18 17:17 19:8
36:7 48:3
**defender** 2:1
**defense** 18:24
35:23
**define** 40:7
**defined** 38:19
**definition** 38:21
**delay** 24:9
**delete** 24:9
**deleted** 26:4
**deliberate** 31:15
**deliberation** 36:5
**deliberations**
36:14 44:17 49:16
**deliver** 32:3
**department** 30:11
**described** 21:4
29:6 34:5,20
37:21 41:14
**description** 3:2
4:20 37:2

**designed** 38:22
**details** 19:13
**deter** 14:18
**determination** 3:6
5:24
**different** 42:11
49:25
**difficult** 49:1
**direct** 17:22,25
52:21
**discharge** 12:10
**discharged** 51:2
**discovery** 23:7,13
**discuss** 19:19 49:7
49:8,9,11,14 50:7
**dismiss** 11:18
14:25 15:1
**dismissing** 15:9
**displeasure** 50:22
**disputed** 39:22
**district** 1:1,1,8
28:18 30:16 32:21
32:21 38:7,8
39:11,12 48:17
**dixon** 1:16
**docket** 21:20
**document** 12:19
**documents** 17:3
**doing** 14:21 48:9
50:23
**donnie** 1:5 3:13,14
3:15 4:15 5:25
6:19,23 7:5,10
10:13,15,16 12:10
20:17 21:3 22:6
28:4,6,13 29:2,5
29:14 32:19 33:21
34:4 37:17,20
38:5 39:2,5,19
40:9,12,15,16,18
40:19 41:4,13,15

41:17 42:4,8
43:14 46:17,23
47:12
**doubt** 7:10 8:5,25
11:9 28:10 29:1
35:9 36:10 37:14
40:5 41:21
**drafted** 24:4
**drive** 1:14
**drone** 31:3
**drove** 35:4
**dubois** 1:7

### e

**e** 1:7,10 3:1,4,10
3:25,25 4:3,3,3,7,9
4:9,12,19 5:1,1
55:1
**eastern** 1:1 28:18
30:16 32:21 38:8
39:11
**easton** 1:15
**eckert** 1:10 5:7
10:6 12:4,6 13:3,7
13:10,15,19,23
16:6 19:3,4,21
20:4,10,11 21:6,8
21:20 22:1,3,13,20
22:24 23:3,10,17
23:20 24:2,16,18
24:21,25 25:2,10
25:13,17,22,25
26:5,9,17,25 27:5
27:13 29:23 30:1
31:22,24 33:18
34:9,14,22,23
35:20 43:24 44:4
47:3 51:17,18
53:21,22
**effect** 30:18 33:15
**eight** 28:16 43:12
46:20

**either** 40:16
**element** 13:16,17
13:20,21 14:3
20:15,16,19,22
21:1,2 27:23 28:8
30:5,9,19 33:20,21
33:24 34:2,3 35:9
40:3,8 41:20 42:1
**elements** 13:9
26:13 27:9 28:25
30:14 36:9 37:13
39:15 40:6
**encourage** 50:4,16
**ends** 16:12
**engrossed** 48:6
**enter** 29:23
**entered** 24:6,10
**entire** 35:4 48:4
**errors** 53:9
**esq** 1:10,13,16 2:1
**esr** 2:6
**essential** 28:8 36:9
**establish** 22:4
39:15 40:8
**estimate** 28:2
**eventually** 35:3
**evid** 4:21
**evidence** 18:13
20:15 21:12,16
22:11 23:14 24:11
27:3,23 28:2,7
29:17,19 31:18
32:13 33:3,7,9,15
34:8,18 35:23
36:11 37:4 38:14
39:9 42:10 48:6,8
49:21 53:15
**evidenced** 21:18
**exact** 37:1
**exactly** 50:23

example   53:4
exceeding   20:19
  20:25 28:20 29:4
  29:12 31:7 32:23
  33:23 34:1 37:19
  37:25 38:9 39:4
  39:13
exception   32:2
excuse   15:2 16:20
  17:7,8 19:8 44:17
excused   51:12
  52:1
executed   5:24
exercise   40:17
  41:2
exhibit   21:18,19
  22:9,10 23:2
  32:12,13 33:2,6,8
  33:10 38:13 44:25
existence   24:12
expected   50:23
expel   38:22,23
expert   30:11 35:13
explain   12:8,16
  17:17
explained   36:24
  37:14
explosive   38:24
express   50:4

**f**

f   4:9 55:1
fact   22:12 33:4
  37:5 38:15,16
  39:23 42:19 48:2
factors   18:7 53:6
facts   38:18
fair   18:21 50:5
fairly   48:10
far   50:8
february   1:5 36:6

federal   36:16 37:9
  39:3 49:19,23
feel   48:10,24 49:13
feet   32:3
felon   12:22 31:6
  37:8 39:16 43:10
  46:18
felony   20:18 22:7
  29:3 30:15 31:6
  32:24 33:22 37:18
  38:10
fiction   50:11
fifteen   13:13,15
  15:23
file   5:23 12:9
filed   3:6 6:2 32:11
final   16:22
find   6:23 7:5,9,18
  7:25 8:4,13,20,24
  10:15,16 28:23,24
  35:6 37:9,10 40:4
  40:15,21 41:4
  43:13 46:22 47:13
finding   41:11
fine   26:11,25 44:7
  44:16 47:7,21
finish   25:23
finished   27:10
firearm   7:2,11,22
  8:6,17 9:1 11:9
  14:8,10 20:23
  21:4 28:14 29:6,7
  29:11 30:10,13
  31:8 33:25 34:5
  34:20 36:18,19
  37:8,21,24 38:19
  38:21 39:8,16,20
  40:10,13,14,17
  41:1,3,5,7,10,12
  41:14,16,18,21,25
  42:3,8,11,16,17,19

42:20 43:9 46:18
firearms   35:12
fired   30:13
first   3:10 13:16,21
  14:2 17:16 19:20
  20:13,15,19 21:16
  29:2,17,18 30:5
  33:16,21 34:6,18
  37:17 38:19 43:5
  52:8
five   12:6 27:25
  28:1
fled   30:7
fleeting   40:23
floor   23:21 24:20
  26:10
floorboard   35:7
focus   49:18
follow   17:18 19:20
following   6:17
  7:14 8:9 28:25
  37:12,13 43:3
  46:15
foregoing   55:2
foreign   42:12
foreperson   6:6,16
  6:25 7:7,12,20 8:2
  8:7,15,22 9:2,4,6,9
  9:11,17,22,24 11:3
  11:11 43:17,19
  46:6,14,24 47:17
forfeiture   3:6 5:24
form   43:18,20
  44:16 46:8,10
formal   36:25
format   43:15
forth   39:17
found   10:19,20,23
  10:24 11:7 39:23
four   28:25 37:13

fourth   29:14 30:14
  33:20 38:2 41:20
frame   38:24
free   49:13
funny   44:13
further   19:13 51:2
  51:6,12 52:2,13
  53:20

**g**

g   3:25 4:3,7,7,9
  5:1 20:16 22:8
  28:22 32:25 38:12
gentleman   30:10
  35:11
gentlemen   6:3
  11:14 16:10 30:2
  31:2 32:16 34:24
  46:3 47:23
georgia   30:21
  35:15 42:13
gesture   44:13
give   15:18,21
  21:13 32:11 37:4
  44:8 48:22 52:8
given   53:1
glock   28:15 36:20
  43:10 46:19
go   11:15 21:7
  22:14 23:21,21
  24:2,5 27:11
  31:14 42:24 43:23
  44:22 45:12 54:6
going   13:25 14:10
  14:18,24 15:1,2
  16:17,17,19,21
  17:7,8,16 19:8,14
  21:21 25:23 26:7
  26:9,11,18 27:21
  31:25 36:1,2
  38:20 40:7 45:9
  48:7 49:18 50:15

52:16,17
**good** 18:14 30:2,3
45:22 48:11,24
51:11 53:16
**gotten** 50:10
**government** 1:10
4:4,8 5:7 7:9 8:4
8:24 10:6 11:8
12:23 18:16 19:4
19:10,20 22:9
26:20 28:5,7,24
33:8,10 34:7
35:19 36:8 37:11
38:4,13 40:5,9,11
40:22 41:13,20,23
42:1,4,7 47:3
51:18 53:1,18
**government's** 33:2
33:6,15
**great** 16:4
**greenberg** 1:17
**guess** 48:13
**guidelines** 18:6,6
53:5
**guilt** 40:1
**guilty** 3:13,14,16
3:17,19,20 4:15
6:23,24,25 7:5,6,7
7:19,19,20,25 8:1
8:2,14,14,15,20,21
8:22 10:15,16,19
10:20,23,25 28:23
37:10 39:24 40:4
43:15,15 46:23,23
46:24 47:13
**gun** 14:8,9 21:11
29:8 30:5,12,19
34:21 35:1,5,6,14
36:22 43:12 46:21

**h**

**h** 3:25 4:9,9,19
**handed** 32:2
**handle** 23:24
**happened** 42:15
42:18
**happening** 12:16
**happy** 34:14 50:7
**harken** 10:10 47:9
**harkening** 3:22
4:16
**hear** 18:18 20:12
**heard** 32:1 39:9
49:12
**held** 40:13
**honor** 5:8,10,11
5:13,16 6:6 10:3,5
10:6 11:21 12:11
14:12 16:7 19:2,5
19:21 21:6,21
22:13 23:4,7,11,17
24:3,16,22 25:3,11
26:17,22,25 27:5,6
27:13 29:24 31:22
32:5,9,14 33:5,11
33:18 34:9,14,23
35:20,22 43:24,25
44:4,6 46:6 47:4,5
51:19,21 53:22,24
**honorable** 1:7
**hopefully** 18:14
25:24 53:16
**housekeeping**
51:23
**hull** 5:14 6:7,13,13
9:10 10:8 20:2
45:1 46:7,11 47:7
47:21 51:2

**i**

**identified** 29:7
36:20
**ii** 3:14,17,20 6:18
7:1,14,21 8:9,16
10:17,18,21,22,25
11:1,7 27:20 36:1
**iii** 4:15 19:20 21:4
22:5 28:11 29:6
34:5,21 36:5,14,16
36:17 37:7,21
43:4,8,8 46:4,16
46:17 47:14,15,16
**impartially** 48:10
**imported** 30:21
35:15
**impose** 18:20
**imposing** 53:7
**imprisonment**
20:18,25 28:20
29:4,12 31:7
32:22 33:23 34:1
37:19,25 38:9
39:4,13
**incident** 39:10
**includes** 38:24
**inconvenience**
48:23
**index** 4:6
**indicted** 37:5
**indictment** 6:18
6:20 7:1,15,16,21
8:10,11,16 10:11
21:5 27:19 28:5,7
28:11 29:7 34:5
34:21 36:6,14,16
36:20,25 37:3,7,22
39:8,17 41:15,22
42:3 43:4,9 46:16
46:17 47:11

**indiscernible** 9:14
9:15,16 11:23,24
12:7,10,12,15,20
12:23,24,25 13:4
14:4,19 15:15,17
15:19,20 16:3
22:23 26:19
**infer** 42:19
**initial** 9:8 36:4
**initialed** 9:4,13
**initially** 31:9
**initials** 43:21
**innocence** 36:8
**inserted** 32:12
**instruct** 36:2
**instructed** 36:6
43:5
**instruction** 42:23
49:11
**instructions** 6:13
11:24 12:25 26:22
31:19 36:13 42:22
43:19 49:22
**instructs** 43:17
**insufficient** 41:10
**intend** 34:7,13
**intention** 14:6
35:23 40:17 41:2
41:5
**interferes** 6:21
7:16 8:11
**interrogatory**
3:15,18,21 7:8 8:3
8:23 10:17,21
11:1,7
**interstate** 6:21
7:17 8:12 28:14
29:15 30:20 33:16
34:18 35:10,16
38:3 41:19,22,25
42:9,20

**interview** 17:25
18:2 52:19,20
**introduced** 29:17
33:16
**invested** 50:22
**investigation** 3:7,9
17:24 18:3,4
52:19,24
**involves** 28:4
**involving** 16:22
17:6
**issue** 10:11 14:6
14:18 34:6,12,12
34:16,19 39:22
47:11
**issues** 15:24

**j**

**j** 2:1 3:25 4:9
**jan** 1:7
**jd** 1:3,3,4
**job** 48:25 49:1
**join** 50:17 51:24
**joined** 10:11 47:11
**joint** 40:25 41:3
**jointly** 41:6
**jovial** 44:14
**judge** 1:8 16:6
18:25 20:4 24:15
38:18 50:2
**judges** 50:25
**juries** 48:20
**juror** 51:13
**jurors** 36:7 49:15
**jury** 1:7 3:6,15,18
3:21 4:1 5:4,6,19
5:21,24 6:15,17,22
7:4,8,13,18,24 8:3
8:8,13,19,23 9:4
9:20 10:9,17,21
11:1,7 12:8,12,16
13:12 14:6,11,25

15:18 17:14 21:9
21:22 22:14 23:25
26:13 27:17 30:2
31:5,12,16,18
32:17 34:24 43:3
43:13,20 44:17
45:2,17,22,23 46:1
46:8,13,15,22
47:20,24 48:12
49:13,20,21 50:18
51:1,3,12,13,25
52:2,5
**justice** 48:14,15,23
50:3,10
**justification** 11:23

**k**

**keep** 17:4
**kind** 26:19
**knew** 20:24 29:11
33:25 37:24 41:17
42:8
**know** 13:10 15:16
44:18 45:6 49:2
49:18 50:2,8,9,19
**knowing** 13:17
34:20 39:20 40:7
**knowingly** 21:3
28:21 29:6 34:4
37:21 41:14
**knowledge** 20:21
22:8 30:17 32:25
38:12 39:6

**l**

**l** 3:25 4:7,9
**lacheen** 1:16
**ladies** 6:3 11:14
16:9 30:2 31:2
32:16 34:24 46:3
47:23

**laughing** 44:13
**law** 1:14 36:3,16
37:9 40:24 42:22
**leave** 51:13
**leaves** 21:1
**leaving** 34:2
**left** 30:7 33:14
35:6
**legal** 9:15
**letters** 18:13 53:15
**liberty** 49:2
**line** 43:21
**lines** 42:3,5 43:15
**lisa** 55:2,5
**listen** 31:3
**listening** 48:8
**little** 12:2 37:12
47:25 48:3 49:25
50:20 51:23,25
**live** 28:16 43:12
46:20 50:12,12
**llp** 1:17
**loaded** 43:11
46:20
**located** 21:11 41:8
**long** 13:10,12
16:19,24 28:2
40:14 44:18 45:7
51:10,24
**longer** 13:13 50:21
**look** 19:23 52:12
**looking** 20:3,13
26:1

**m**

**m** 3:25 4:3,7
**mail** 51:7
**making** 37:6
**manner** 24:4
**manufactured**
30:21 35:14 42:11
42:12

**maranna** 2:1
**march** 6:22 7:4,18
7:24 8:13,19
28:12 32:18 38:5
39:25 43:13 46:21
**mark** 22:18
**market** 1:24 2:24
**marshals** 54:4
**martin** 31:23 32:4
32:5,8,14,16 33:13
**matter** 16:15
17:10 44:13
**matters** 52:23
**maurice** 1:5 3:19
3:20,21 6:1 8:10
8:14,20,25 10:13
10:23,24 11:9
**mean** 12:24 16:21
39:25 44:12
**meaning** 22:7
32:24 38:11
**means** 38:21 40:10
41:15,17,23
**meant** 15:3
**meehan** 2:1 5:12
5:13 10:5 11:18
12:11,14 18:1
19:1,2
**meet** 35:9
**members** 6:15
10:9 46:13 49:13
**mention** 24:13
**mentioned** 40:3
**mere** 41:7,7,8
**michael** 2:6 17:12
45:10 52:7
**mid** 1:23 2:23
**millimeter** 28:15
43:10 46:19
**minute** 15:21 16:1
19:12 21:14

minutes   5:4 12:6
  12:13 13:13 15:23
  16:5,23,25 17:8,9
  19:12,16 24:1,7
  25:2 27:25 28:1
  31:3 52:3
mishap   23:23
missed   45:20
mistake   41:17
moment   5:15
  27:22 49:18
momentary   40:23
move   36:2

**n**

n   3:1,25 4:3,3,3,7
  4:7,9 5:1 55:1
name   9:8,12,13
  43:21
national   1:23 2:23
nature   39:18
necessary   42:7
need   5:5,15 13:21
  24:13 42:4 43:23
  51:5,6
needs   19:7 24:10
  51:16
neglected   23:20
never   24:4
nexus   35:10,17
note   21:17 44:20
notebooks   51:13
noted   28:16
november   55:6
number   10:12
  22:10 28:16 32:12
  33:10 43:11 46:20
  47:11
numerous   53:6

**o**

o   3:4,4,25 4:3,7,9
  5:1 55:1
o'clock   17:9,11
oath   31:16 48:8
object   40:20 41:18
  53:4,7
objection   44:1,5,5
objections   44:2
  53:9
obligation   48:12
observation   49:4
obvious   48:6
obviously   25:5,7
occasion   39:24
occurred   39:6
offense   7:11 8:6
  9:1 11:10 28:24
  33:21 37:10 40:8
offenses   52:22
offer   32:12 33:6
  34:7,15 35:23
offered   29:19
office   1:11 17:23
  25:18,21
officer   3:7,8 17:25
  18:2,5 52:18,25
  53:4
officers   21:10
offices   1:14
oftentimes   50:13
oh   11:5 20:11
  22:16 45:18,20
okay   11:24 12:14
  14:16 15:22 16:4
  20:4 24:18
once   14:24 31:12
  31:15
open   26:15
opening   13:1,24
  21:9,14 26:20

28:1 29:21 32:1
  49:20 50:13
operable   30:13
operational   14:10
operator   2:6
opinions   49:12
opportunity   18:10
  53:3
option   24:8
order   28:23 37:9
  49:10
ordered   3:7,8 15:8
original   12:18
  20:3 32:10 43:16
originals   9:11
overworking   17:5
ownership   41:11

**p**

p   3:25 4:3 5:1
p.m.   1:6,6 17:20
  17:21 19:18,18
  27:15,15 45:14,15
  52:14
pa   1:4,12,15,18,24
  2:4,24
page   3:2,12 4:13
pardon   25:6,12
  52:8
part   3:10 4:1,9,12
  21:16 22:5 27:24
  29:18,21 33:16
  34:18 37:16 38:20
  43:5 48:23
parties   24:11 39:2
  39:5 50:17
parts   48:2
patience   31:13
patt   35:21
patterson   1:13,14
  5:10 10:3 11:4,21
  12:21 13:13 14:2

14:5,16,20 16:7
  19:11 23:6 25:4,7
  25:14,19 26:14,18
  27:6 30:24,25
  33:11 35:22 43:25
  44:5 45:6 47:5
  51:20,21 52:20
  53:1,3,17,24,25
  54:1
pause   5:17 6:10
  9:25 16:11 20:1,6
  23:8 25:1 45:24
  46:9
paying   48:5
pen   9:19,23
pennsylvania   1:1
  28:13,18,19 30:16
  30:22 32:20,21
  38:7,8 39:12
  42:15
people   18:14
  48:21 50:8
permitted   42:19
person   9:14 40:25
  41:2,9
person's   40:11
pertinent   22:5
philadelphia   1:4
  1:12,18,24 2:2,4
  2:24 28:12 30:11
  35:16
physical   40:19
physically   40:12
picture   50:15,15
piece   23:14
pistol   28:15 43:11
  46:19
place   35:13
plaintiff   1:3
plan   21:21 24:3
  26:24

**planned** 26:16
**planning** 20:9
**please** 6:9,16,16
   10:9 11:2 30:25
   46:8,13,14 47:9
**point** 35:6
**police** 21:10 30:8
   30:11 35:8
**portion** 26:3
**portions** 50:11
**position** 26:6
**possess** 40:10
**possessed** 14:8
   20:23 21:4 28:13
   29:6,10 30:5,6
   31:8 33:25 34:4
   37:21,23 39:7
   40:9,15 41:5,6,14
   41:15 42:16
**possesses** 40:25
**possessing** 39:21
   42:17,18 43:9
**possession** 13:21
   29:14 34:20 35:5
   35:8 36:18 37:8
   38:2 39:16,20
   40:7,14,16,19,20
   40:22,22,24 41:1,4
   41:11,24 46:18
**possible** 14:14
   19:15
**power** 40:17 41:2
   41:5
**practically** 45:8
**pre** 3:7,8 15:8
   17:23 18:3 52:18
**prejudicial** 22:16
**prepare** 52:25
**prepared** 18:3
**presence** 41:8

**present** 18:1,12
   21:12 25:3 52:21
   53:14
**presentation**
   49:20
**presentations** 17:3
**presented** 11:25
   18:18 21:16
**presumption** 36:7
**pretrial** 12:18
**previously** 28:17
**prior** 20:14 32:18
   38:5 39:1,6,13,19
   42:2
**privacy** 49:16
**probation** 3:7,8
   17:23,24 18:2,5
   52:18,25 53:4
**procedure** 15:4
   16:21 19:19
**procedures** 15:7
**proceed** 12:2,17
   13:25 17:10 19:14
   20:10 26:12 34:22
**proceeding** 11:19
   12:9 13:11 16:22
   17:5 19:14 49:5
**proceedings** 3:3
   14:13 55:3
**programs** 50:11
**projectile** 38:23
**proof** 36:8 40:1
   41:11
**properly** 46:11
**property** 41:8,10
**prove** 14:7 28:7
   36:9 40:9,12
   41:13,20,23 42:4,5
   42:7
**proved** 7:9 8:4,24
   11:8 28:24 37:11

38:16
**proven** 21:1 40:5
   40:22
**provide** 21:23
**provided** 23:10,12
   32:6
**proving** 42:2
**proximity** 41:7
**public** 46:18
**publish** 46:12 47:7
**published** 6:14
**punishable** 20:18
   20:24 28:19 29:3
   29:12 31:7 32:22
   33:22 34:1 37:18
   37:25 38:9 39:3
   39:12
**purposely** 41:16
**put** 48:13

**q**

**qualify** 35:16
**qualifying** 30:15
**question** 20:10
   40:10 42:11
**questions** 18:23
   52:21
**quickly** 15:20
   19:15 27:10 36:2
**quinn** 1:5 2:1 3:8
   3:19,20,21,23 6:1
   8:10,14,20,25
   10:14,23,24 11:9
   11:19 16:14,19,22
   17:17,20 18:9
   19:8 52:16
**quote** 20:22
**quoting** 20:20

**r**

**r** 3:4,4,4,10,25,25
   3:25,25 4:7,9,9,12

5:1 55:1
**r.c.** 1:14
**rapt** 48:5
**reach** 45:7,10
**reached** 5:4,22 6:4
   44:19 45:18 46:4
**read** 6:11 12:16,25
   18:19 22:5 26:12
   26:22 31:5,11
   37:16 48:19 51:15
**readily** 38:22
**reading** 21:2
   37:15 48:8
**reads** 43:2
**ready** 17:10 45:16
**real** 50:3
**really** 44:12 50:14
**reasonable** 7:10
   8:5,25 11:8 28:10
   28:25 35:9 36:10
   37:14 40:5 41:21
**recall** 21:9
**receipt** 34:17
**receive** 5:23 6:8
   23:6 46:8
**received** 22:16
   33:8,10
**receiver** 38:24
**recess** 12:5 16:25
   19:9,13,16,18 27:7
   27:11,15
**recognizes** 40:24
**recommendations**
   18:5 53:5
**record** 3:3,6 6:2
   13:4,22 21:22
   24:6 32:11 45:14
   55:3
**recorded** 10:8,11
   47:10

**recovered**  30:22
  35:7,15
**referred**  18:11
  29:8 36:21
**regard**  42:10
**regarding**  18:5
  53:5
**region**  1:23 2:23
**relate**  30:14
**related**  52:23
**relates**  10:18,22
  11:1 42:23
**relation**  7:3,23
  8:18
**relieving**  49:7
**rely**  21:15 34:25
**remain**  47:9 51:25
**remaining**  34:17
  34:19 42:23
**remanded**  54:3
**remove**  53:8
**repeat**  38:20 52:16
**report**  3:7,9 15:8
  18:3 52:25 53:8,9
  53:9
**reporter**  17:13
  27:14 45:11 52:10
  54:5
**reporting**  1:23
  2:23
**request**  11:23
  22:14 47:2,5
**requests**  10:2
  53:10
**required**  27:20
  38:17 41:12 42:21
**research**  14:18
**researched**  35:13
**resnik**  35:11
**respect**  6:4 11:19
  12:10 16:15 19:7

19:20 31:14 39:1
  49:16
**respectfully**  22:14
**rest**  21:11 35:24
**restriction**  49:8
**rests**  35:19
**resume**  12:13 16:5
  19:9,10 23:25
**retrieve**  47:22
**return**  6:13 9:10
  9:18 15:2 27:2
  43:20
**review**  14:25 15:4
  15:7 53:3
**right**  3:24 4:18
  12:1 13:7,19,19,23
  15:11 16:2 17:15
  18:12 19:6 22:3
  22:13,19 23:3,17
  24:21 25:8 27:1,7
  27:11 29:20 33:14
  45:9,16 53:12,14
  53:20
**rights**  18:17 53:19
**rise**  5:18 6:16 10:9
  17:13 19:17 27:14
  27:16 44:21 45:11
  45:25 46:13 52:4
  54:5
**robbery**  6:20 7:16
  8:11
**robert**  1:10,13
**role**  36:7
**room**  51:14,25
**rounds**  28:17
  43:12 46:20
**row**  50:1
**rules**  27:20
**run**  25:20 48:15
**runs**  48:15

**s**

**s**  3:4 4:3,3,7,7,19
  5:1
**safe**  13:15
**satisfies**  20:22
**satisfy**  42:1
**saw**  50:21
**says**  22:5
**schedule**  16:18,20
  16:21 17:16 27:9
**scheduled**  15:24
**seated**  5:2,20 9:3
  9:20 11:13 16:10
  17:15 19:22 27:18
  45:3 46:2 47:23
  52:6
**second**  13:20 21:1
  21:2,2 23:21
  24:20 26:10 29:5
  30:9 34:2,3,15
  37:20 40:8
**seconds**  13:10
**section**  22:8 28:22
  32:25 36:19 38:11
**see**  19:23 25:23
  27:22 49:25 51:14
  52:2
**seek**  21:12
**selection**  49:20
**semiautomatic**
  28:15 43:10 46:19
**send**  26:1,22 44:19
**sentence**  3:7,8
  11:3 15:8 17:23
  18:3,8,16,21 22:16
  24:9 52:18 53:7
  53:18
**sentencing**  15:4,7
  15:24,24 16:18
  17:16,19 18:6,9,19
  27:10 52:13,23

53:5,11,12
**separated**  27:19
**serial**  28:16 43:11
  46:20
**serious**  44:14
**seriously**  49:3
**service**  47:24
  48:12 50:18 51:1
  51:3,12 52:2
**set**  16:20 39:16
**seven**  1:7
**seventh**  50:19
**share**  49:12
**sheet**  6:8,9 42:24
  43:1,2,17 47:22
**sheets**  6:11 9:7,11
  43:16
**short**  5:3,21 12:3,9
  16:14 17:4,5
**show**  23:2 45:22
  45:23
**showing**  45:21
**shredded**  51:14
**sic**  10:25 16:23
  47:14
**sidebar**  11:15,16
  11:22 16:8 43:23
**sign**  9:12 43:19
**signature**  43:21
**signed**  12:19 46:11
**significant**  47:25
**signs**  50:21
**similar**  43:1
**simply**  11:5 37:2
**sir**  9:21 10:4 22:1
**slips**  51:6,10
**smith**  1:5,13 3:9
  3:13,14,15 4:5,15
  4:18 5:25 6:19,23
  7:5,10 10:13,15,16
  12:10 16:16 17:6

19:12 20:17 21:3
22:6 28:4,6,13,23
29:2,5 30:4 32:18
32:19 33:21 34:4
35:1 36:15,17
37:8,17,20 38:5
39:2,5,19,23 40:9
40:12,16,19,21
41:4,13,15,17 42:4
42:8,16 43:4,14
46:5,17,23 47:12
52:15
**smith's**  4:23 29:14
38:2 40:15,19
52:8
**snippets**  50:14
**sole**  38:17 40:25
41:1
**someone's**  49:2
**soon**  17:11
**sorry**  19:22 20:11
21:6 22:17,17,22
31:22 44:12 45:23
47:14
**southwood**  1:14
**speak**  18:10 53:12
**special**  35:11
**specific**  36:19
**specified**  41:21
**specifying**  36:25
**speculate**  39:17
**splitting**  48:1
**spoke**  52:15
**stand**  50:1
**standing**  19:24
47:9
**start**  19:15
**starting**  49:19
**state**  42:3,5
**stated**  49:12

**statement**  12:17
12:24 17:1 26:12
26:21,21 37:15
49:4
**statements**  17:2
28:1 29:22 32:1
49:20
**states**  1:1,3,8
10:12 17:23 20:16
20:20 22:8 28:21
32:20,24 36:19
38:7,11 39:11
42:14 47:12 52:17
**stay**  15:14 45:6
**stevens**  1:5,16 3:7
3:16,17,18,23 6:1
7:15,19,25 8:5
10:13,19,20 11:18
16:13,18 17:17,19
18:10 19:8 52:16
**stipulated**  14:2
22:12 27:24 31:4
31:10 33:4,12
38:15 39:2,5 45:8
**stipulation**  12:19
12:22 20:14,20
21:17,25 22:6,21
23:1,15 24:3,13
26:4 27:4 30:17
31:5,10 32:2,17
33:5,19,20 34:17
39:9 44:22,23,25
**store**  14:9 29:8
30:5,6,7,12 34:21
34:25 35:1,3
36:21 43:12 46:21
**street**  1:11,17,24
2:3,24
**submissions**  18:13
18:19

**subsequently**
42:14
**sufficient**  42:1
**suite**  1:12,18,24
2:2,24
**summary**  18:4
43:8
**supply**  20:15
**support**  22:11
33:3 38:14 41:10
**sure**  9:9,22 14:18
16:6 24:5 50:19
**sworn**  31:17
**system**  48:15,15
48:20,23 50:3,10

**t**

**t**  3:4,10,25 4:3,3,3
4:7,9,9,12,19 55:1
55:1
**take**  12:2 13:12
16:19,24 17:9
19:9,12 26:9
27:25 40:20 44:18
45:7 51:23,24
**taken**  31:16
**talk**  24:24 42:25
50:4,16 51:17
**talking**  16:24 49:1
50:11
**tank**  30:13
**televised**  50:12,13
50:14
**television**  50:1,10
**tell**  13:12 24:17
26:7,13 28:3
44:20
**telling**  22:25
**ten**  12:6 27:25
28:1
**tends**  39:15

**term**  20:19,25
28:20 29:4,12
31:7 32:22 33:23
34:1 37:19,25
38:9,19,21,24 39:4
39:13
**testified**  30:12
**testimony**  18:13
21:10 31:18 53:15
**thank**  6:9 9:3,24
10:1,3,7 11:6,12
11:13 12:11 16:6
16:7 19:5 22:20
27:13 30:1,23
31:12,20 32:14
33:13 34:10,23
35:18,25 46:7,8,25
47:1,6,18 51:1,19
51:21 53:22 54:1
**thanking**  50:17
**thanks**  52:1
**thing**  31:2
**things**  12:18 17:24
18:15 22:15 48:3
52:19 53:8,8,17
**think**  5:9 11:17
12:2 13:11 19:6
19:10 24:10 27:4
31:21,25 33:14
34:6,11,16 45:4,6
45:9 50:5,5,8
51:16
**third**  11:19 13:17
20:16,22 27:19,23
27:23 28:3,6,9,9
29:10 30:4,14
33:24 37:23
**thought**  12:15
**thoughts**  49:14
**three**  6:5 9:11 13:9
15:5 16:13 44:8

48:2

**thursday**  17:21
**till**  16:10 17:9
**time**  5:3,21 15:5
  20:23 29:10 33:24
  35:5 37:23 39:7
  41:24 42:2 48:22
  51:10 53:21
**times**  36:15
**title**  22:7 32:24
**tobacco**  35:12
**today**  25:24
**told**  22:17 23:25
  46:3 49:6 50:22
**track**  24:6
**transcript**  55:2
**transported**  42:6
  42:14
**traveled**  30:20
  41:25 42:8,13,20
**treat**  38:16
**trial**  1:7 3:10 4:9
  4:12,16 14:17
  21:16 27:22 29:9
  29:18,18,21 33:17
  34:19 36:21,24
  37:16 38:20 43:5
  48:4,17 49:5,6,17
  52:7
**trials**  50:12,12
**tried**  48:20 49:19
  49:22
**trouble**  37:12
**true**  38:15 48:7
  55:3
**try**  22:25 23:12
  25:23
**trying**  24:14
**tuesday**  52:13
**turned**  21:24

**two**  16:13 31:8
  43:15 44:11 48:1

### u

**u**  3:4,25 4:7,9
**u.s.**  1:11 54:3
**unanimous**  5:5,22
  6:4 43:6 46:4
**unanimously**  6:17
  6:23 7:5,9,13,18
  7:25 8:4,8,13,20
  8:24 43:3,13
  46:15,22
**understand**  6:3
  20:12 24:3 25:22
  26:5
**united**  1:1,3,8
  10:12 17:22 22:7
  28:21 32:20,24
  36:18 38:7,11
  39:11 42:13 47:12
  52:17
**unlawful**  36:17
**use**  40:1

### v

**v**  3:10 4:12
**ventura**  35:2
**verdict**  1:7 3:11,22
  4:13,16 5:5,22,23
  6:4,8,9,11,18 7:14
  8:9 9:7,11 10:8,10
  16:9,12 42:23,24
  43:1,2,3,6,16,16
  43:18 44:16,19
  45:7,10,18,23 46:4
  46:8,10,12,16 47:8
  47:10,22
**verdicts**  6:14
**veritext**  1:23 2:23
**video**  21:9 34:25

**views**  50:5
**violating**  36:16
**violation**  28:21
  36:18 37:9
**violence**  7:3,23
  8:18
**voluntarily**  41:16
**vs**  1:4

### w

**w**  2:2
**wait**  12:25 16:10
**waiting**  23:25
**waive**  14:13
**waiver**  3:6 5:23
**waivers**  6:2
**walked**  35:2,3
**walnut**  1:17 2:3
**want**  5:23 13:1,12
  14:25 15:4,6
  23:24 24:17,23
  25:20 26:2,3
  31:12 35:10 44:14
  44:20,22 45:5
  51:13
**wanted**  40:21
**wants**  12:23
**washington**  26:2
**watched**  48:4
**way**  20:9 24:4
  29:20 36:25 48:13
  48:15 49:4,22
**we've**  31:21,25
**weapon**  38:21,25
**wednesday**  17:19
**week**  25:24 44:11
**weight**  37:5
**whispered**  20:8
**willing**  48:21
**wish**  12:1
**wishes**  14:13

**withdraw**  14:20
**witness**  18:13
  30:11 35:2,13
**witnesses**  36:12
  53:15,16
**wittels**  1:16,16
  5:11 10:4 11:18
  18:1,24,25
**wonder**  36:1
**word**  17:5 49:10
  49:10
**work**  48:21 51:6,9
**works**  50:3,4
**write**  50:6
**writings**  53:16
**written**  18:19 48:9

### x

**x**  3:1 4:19

### y

**y**  3:25,25 4:9
**yeah**  15:16 20:4
  52:13
**year**  20:19,25
  28:20 29:4,13
  31:8 32:23 33:23
  34:2 37:19 38:1
  38:10 39:4,13