IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America<br><br>– v. –<br><br>Abid Stevens | Criminal Action<br>No. 2:19-cr-00350-JD-2 |

**DEFENDANT ABID STEVENS' NOTICE OF APPEAL**

Notice is given that Defendant Abid Stevens appeals to the United States Court of Appeals for the Third Circuit from this Court's Judgment entered on May 27, 2021.

Respectfully submitted,

*/s/ Daniel J. Auerbach*
Robert Gamburg, Esq. (Pa. I.D. No. 68808)
Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
Gamburg & Benedetto, LLC
1500 John F. Kennedy Blvd., Suite 1203
Philadelphia, PA 19102
dan@gamburglaw.com

*Counsel for Defendant*

Dated: May 27, 2021

## CERTIFICATE OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. All parties have been served through ECF as all parties are represented by counsel who have consented to electronic service.

                                            */s/ Daniel J. Auerbach*
                                        Robert Gamburg, Esq. (Pa. I.D. No. 68808)
                                        Daniel J. Auerbach, Esq. (Pa. I.D. No. 316856)
                                        Gamburg & Benedetto, LLC
                                        1500 John F. Kennedy Blvd., Suite 1203
                                        Philadelphia, PA 19102
                                        dan@gamburglaw.com

                                        *Counsel for Defendant*

Dated: May 27, 2021

– 1 –