IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>ABID STEVENS | CRIMINAL NO. 19-350-2 |
|---|---|

### ORDER DENYING 28 U.S.C. § 2255 PETITION

AND NOW on this 6th day of February, 2025, for the reasons stated in the foregoing Memorandum, Defendant's Petition for post-conviction relief under 28 U.S.C. 2255 (ECF 223) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\19-350-2 US v. Stevens\19-350-2 order re 2255 petition.docx

1